## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Chansler Samantha Moore

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

KPMG

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☒ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Federal Hate Crimes

Long Term Stalking

Human Trafficking

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Chanse Samantha Moore_ , is a citizen of the State of
(Plaintiff's name)

New York

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

N/A .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

**If the defendant is an individual:**

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

**If the defendant is a corporation:**

The defendant, _KPMG_____, is incorporated under the laws of

the State of _New York_____

and has its principal place of business in the State of _New York_____

or is incorporated under the laws of (foreign state) _the United Kingdom_____

and has its principal place of business in _New York_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Charisse_____ _S._____ _Moore_____
First Name                          Middle Initial          Last Name

_I do not have an address at this time_____
Street Address

_____

_____    _____
County, City                                State                    Zip Code

_917-744-9153_____    _CharisseSamantha@proton.me_____
Telephone Number                         Email Address (if available)

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

_Brenda Cecilia_ _____ _Douglas Hill_
First Name                          Last Name

_Sector Executive - Technology, Media & Telecommunications (TMT)_
Current Job Title (or other identifying information)

_345 Park Avenue_
Current Work Address (or other address where defendant may be served)

_New York, New York_   _New York_   _10154_
County, City                  State              Zip Code

Defendant 2:

_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State              Zip Code

Defendant 3:

_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State              Zip Code

Defendant 4:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York, Georgia, North Carolina, Texas, Ireland, United Kingdom_

Date(s) of occurrence: _2018- Present_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_Please see attached._

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

TBD

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$10,000,000+

See Moore v. Smple, INC., 1:24-CV-02799-JPO

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| July 15, 2024 | Chansie Moore |
| **Dated** | **Plaintiff's Signature** |
| Chansie | S. | Moore |
| **First Name** | **Middle Initial** | **Last Name** |

I do not have a home at this time
**Street Address**

| | | |
|---|---|---|
| **County, City** | **State** | **Zip Code** |
| 917-144-8153 | Chansie.Samantha@proton.me | |
| **Telephone Number** | **Email Address (if available)** | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# KPMG

My name is ⟨illegible⟩ and I am the victim of a multi-year ⟨illegible⟩ scheme. The multi-year ⟨illegible⟩ scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi, 2013 in the State of Florida, 2021 in the State of Georgia and additional timelines are unknown as of Sunday, April 21, 2024. ( ⟨illegible⟩ )

Due to the long-term nature of the multi-year ⟨illegible⟩ scheme, the following Federal Complaints have been filed:
• As of April 11, 2024, an Employment Discrimination case with the United States District Court, the Southern District of New York was filed **Case Name:** ⟨illegible⟩ , **Case Number:** ⟨illegible⟩
⟨illegible⟩
• As of May 29, 2024, a United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Snap, Inc. / Snapchat.
• As of April 25, 2024, a United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Stripe, Inc.
• As of June 2, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Apple and AT&T.

## About Me
Between May 2022 – July 2023, I, **Charisse S. Moore** was a Payroll Program Manager at **Stripe, Inc.** where, I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax (SALT), Employment Legal, HR and HR Technology teams. **Stripe, Inc.** is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. **Stripe, Inc.** has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

Prior to **Stripe, Inc.**, I was a HR Strategy and Transformation Consultant at Deloitte Consulting, LLP and Ernst & Young, LLP with eight (8) years of experience across HR and Payroll Strategy, Operations, Technology and Mergers & Acquisitions (M&As) for Fortune 500 clients.

Prior to consulting, I worked in the Public Sector – Government on end-to-end Grants Management at Texas Tech University (TTU) and the Mississippi Development Authority (MDA).

At Texas Tech University (TTU), I served as a Senior Project Manager in the Office of the Vice President for Research (OVPR), where I was part of the Senior Leadership Team, led and managed multiple (10+) federal grant proposal submissions, to include submissions to the Department of

Energy (DOE), Environmental Protection Agency (EPA), National Science Foundation (NSF), National Institutes of Health (NIH), United States Department of Agriculture (USDA) and the Department of Education (DOEd).

At the Mississippi Development Authority (MDA), as a Program Manager, I served at the "will and pleasure" of Governor Haley Barbour and Governor Phil Bryant and key members of the agency's leadership team with direct responsibility for policies and strategies to enhance fiscal management, energy efficiency improvements, and regulatory compliance within the Energy and Natural Resources Division and on behalf of the State of Mississippi.

**World Intelligence Agencies**
- Central Intelligence Agency (CIA),
- Federal Bureau of Investigation (FBI),
- Interpol,
- United States Secret Service (USSS),
- Securities Exchange Commission (SEC),
- Cybersecurity and Infrastructure Security Agency (CISA),
- Financial Industry Regulatory Authority (FINRA),
- US Department of Treasury,
- International Money Fund (IMF),
- World Bank,
- MI6,
- Office of Cybersecurity, Energy Security, and Emergency Response (CESER),
- Tithe an Oireachtas House of the Oireachtas

**World Intelligence Agencies**
- Federal Bureau of Investigation
    - FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements
- Republic of Ireland
    - Criminal Justice (Miscellaneous Provisions) Act 2023
- US Department of Justice - Interstate Stalking Guidance
    - Northern District of Georgia
    - Central District of California
    - Southern District of Alabama
- United Kingdom – Secret Intelligence Service Guidance
    - Secret Intelligence Service (SIS)
    - C's (Clandestine)

**WORLD INTELLIGENCE AGENCIES**
December 18, 2023 | FBI Guidance to Victims of Cyber Incidents on SEC Reporting

## Requirements

— **December 15, 2023 |** "The Securities and Exchange Commission's new requirements for companies to disclose material cybersecurity incidents take effect on December 18, 2023. The FBI, in coordination with the Department of Justice, is providing guidance on how victims can request disclosure delays for national security or public safety reasons. The FBI recommends all publicly traded companies establish a relationship with the cyber squad at their ."

## November 10, 2023 | Republic of Ireland
### New stalking offence comes into effect with maximum sentence of 10 years

— Per BreakingNews Ireland, "A new offence of stalking, with a maximum sentence of up to 10 years, has come into effect in Ireland on Wednesday.
— Justice Minister Helen McEntee announced that the Criminal Justice (Miscellaneous Provisions) Act 2023 — which introduces a range of new criminal offences, and tougher sentencing — has now come into effect.
— A new standalone offence of stalking, with a maximum sentence of up to 10 years, is created and in effect.
— A standalone offence of non-fatal strangulation or non-fatal suffocation with a maximum sentence of up to 10 years, and a standalone offence of non-fatal strangulation or non-fatal suffocation causing serious harm with a maximum sentence of up to life imprisonment, often indicators of further, potentially lethal violence against a woman, are created and in effect."

## July 19, 2023 | Criminal Justice (Miscellaneous Provisions) Act 2023, Republic of Ireland, Minister of Justice

— **Per the Minister of Justice,** "Bill entitled An Act to amend the Offences against the Person Act 1861 and the Criminal Justice Act 2006 in relation to the offences of conspiracy to murder under those Acts; and for that purpose to provide for consequential amendments of other enactments; to amend the Explosives Act 1875 and the Firearms Act 1925; to provide for offences relating to non-fatal strangulation, non-fatal suffocation, *harassment and stalking* and for those purposes and other purposes to amend the Non-Fatal Offences against the Person Act 1997; to provide for the making of court orders to protect persons against certain conduct; to provide for circumstances in which a court may order the anonymity of a witness in criminal proceedings; to provide for certificates of evidence relating to the receipt, handling, transmission or storage of certain items, and for that purpose to provide for amendments to the Misuse of Drugs Act 1984 and the Criminal Justice (Forensic Evidence and DNA Database System) Act 2014; and for those and other purposes to amend the Criminal Evidence Act 1992, the Criminal Justice (Public Order) Act 1994, the Bail Act

1997, the Criminal Law (Insanity) Act 2006, the Domestic Violence Act 2018 and certain other enactments; and to provide for related matters."

**OF INTEREST:**
— This Speech was posted the day after my **Constructive Discharge** from Stripe, Inc. on Tuesday, July 18, 2023.

## July 19, 2023 | Speech by Sir Richard Moore, head of SIS, United Kingdom

Sir Richard Moore, head of the Secret Intelligence Service, spoke about the current focus of the Service and the value of the "human factor" in the age of AI.

— "Courageous men and women from other nations choose to make common cause with us – often at immense risk – and everything depends on forging a relationship of empathy, confidence and understanding."

**OF INTEREST:**
— This Speech was posted the day after my **Constructive Discharge** from Stripe, Inc. on Tuesday, July 18, 2023.

## April 4, 2023 | National Cyber Force reveals how daily cyber operations protect the UK

— "The National Cyber Force (NCF) – a partnership between GCHQ and MOD – today for the first time disclosed details about its approach to responsible cyber operations to counter state threats, support military operations, and disrupt terrorists and serious criminals.
— Following the Government's Integrated Review Refresh last month, this new document titled NCF: Responsible Cyber Power in Practice published today delivers on the commitment to be as transparent as possible about the NCF's cyber capabilities and provide clarity on how the UK acts as a responsible and democratic cyber power."

## April 4, 2023 | US Department of Justice, Central District of California, Interstate Stalking

— **Per the US Department of Justice, Central District of California, Interstate Stalking website,** "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."

## December 23, 2021 | US Department of Justice, Northern District of Georgia, Interstate Stalking

— **Per the US Department of Justice, Northern District of Georgia, Interstate Stalking website,** "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."

**OF INTEREST:**

— **December 25, 2021 |** I, Charisse S. Moore spent the holidays with Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Sharon Duffie and Elias Beaux Saucier and their dog Belle.

— Several relatives of ⬚⬚⬚⬚⬚⬚⬚⬚⬚ live and/or lived in the Atlanta, Georgia metropolitan area.

## November 30, 2021 | C's speech to the International Institute for Strategic Studies

The Chief of the Secret Intelligence Service (MI6) Richard Moore spoke about human intelligence in the digital age.

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

— Ecclesiastes

**OF INTEREST:**

— **November 27, 2021 – December 3, 2021 |** This was posted at the same time that I housesat for Ryanne Duffie Saucier, Dan Saucier and Elias Beaux Saucier as they headed to Walt Disney World on a surprise vacation for Elias to see the Walt Disney Christmas World Tree Lighting.

— **November 9, 2021 | Ryanne Duffie Saucier sent this text message to Charisse S. Moore.**

— **OF SIGNIFICANT IMPORTANCE:** Prior to sending this text message, Ryanne stated that she had twenty (20) pages of homework to do in The Dialectical Behavior Therapy Skills Workbook prior to her next therapy appointment with Dr. Wendy West. Ryanne knew that she was not able to get all of the homework done and was afraid of getting in problem.

## September 29, 2021 | US Department of Justice, Southern District of Alabama, Interstate Stalking

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

— **Per the US Department of Justice, Southern District of Alabama, Interstate Stalking website,** "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying

Protection Order (18 U.S.C. § 2262)."

**OF INTEREST:**

— **August 31, 2021** | I started _____ _____ ___ ___ _____ sessions for unresolved trauma related to my brother Winston Alexander Moore, Jr.'s death with Anne Mayfield in the Atlanta, Georgia.
   — **NOTE:** Ryanne Duffie Saucier's father Terry Duffie owns a Radio Station in Dothan, Alabama.

**Technology Abuse | Phone**

- My personal phone number ___ ___ __ ___ ___ was under contract with AT&T
- NOTE: Per the Lookout App my phone number was included in the following data leaks:
- November 5, 2016 - Unknown source
- November 6, 2020 - __ __ __ __
- November 6, 2020 - _ __ __ _ _
- December 14, 2020 - Unknown source
- April 23, 2022 - Unknown source
- April 6, 2024 - AT&T Data

**How AT&T customers can protect themselves in the latest data breach**
By Ramishah Maruf, CNN
Published 4:54 PM EDT, Fri July 12, 2024

Per CNN, "**New YorkCNN —**
If you were an AT&T cellphone customer in 2022, your call data was possibly breached to bad actors.

AT&T said ___ __ ___ __ ___ ___ __ ___ ___ __ ___ ___ __ ___ ___ ___ __ ___ __ ___ ___ __ ___ __ ___ ___ __ ___ ___ that used its network between May 1, 2022, and October 31, 2022.

The records of a "very small number" of customers from January 2, 2023, were also breached, AT&T said. The company ___ __ __ an "illegal download" on a third-party cloud platform that it learned about in April — just as AT&T was grappling with an ___ ___ __ __ ___ __ ___ __ __

————

**Overview**

**Brenda Cecelia Duenas Hill:** Brenda is a **Sector Executive in the Technology, Media, and Telecom (TMT) practice at KPMG.** I have known Brenda Cecelia Duenas Hill off-and-on for 24 years and was

her roommate in Gainesville, Florida.

Brenda and I, Charisse S. Moore, shared important life events together, to include: being a maid of honor at Brenda's wedding to Michael Hill, and Brenda being a maid of honor at my wedding to Brian A. Temple, MD.

Below is an overview of my prior relationship with Brenda Cecelia Duenas Hill:

— **Brenda Cecelia Duenas Hill lives at 290 Weaver Street, Larchmont, New York and married Michael Hill on January 25, 2014**
— Brenda is Peruvian, Argentina and Italian.
— Birthdate: November 21, 1980

**2000 - 2002 | University of Florida, Gainesville, Florida**
— I, Charisse S. Moore was Brenda Cecelia Duenas Hill's college roommate.
— Brenda Cecelia Duenas Hill **did not** go to the University of Florida. I, Charisse S. Moore went to the University of Florida.
— In 2002, Brenda's family moved Brenda out of our apartment in the middle of the night, while Brenda went to act as a Camp Counselor at a sleep away camp in Michigan. I, Charisse S. Moore never talked to Brenda about this experience.
    — I, Charisse S. Moore was responsible for the reminder of the rent for Brenda and myself. I had multiple conversations with Brenda in order to get the money back for the rent. Brenda was extremely resistant to pay me back the money for unknown reasons.
— **2001 / 2002 | Brenda was focused on Argentina Monetary Devaluation crisis**
    — Brenda had to rush back to Miami, Florida for unknown reasons related to the Argentina Monetary devaluation
— **2005 | MTV VMAs**
    — I, Charisse S. Moore and Brenda Cecelia Duenas Hill both worked at the MTV VMAs. I, Charisse S. Moore worked in credentialing and Brenda Cecelia Duenas Hill worked in Production.
— **2007 / 2008 | Brenda moved to New York, New York**
    — Brenda moved to New York to pursue jobs in advertising. I believe that Brenda moved without have a job lined up, which is not a big deal as at the time, temp jobs were easily available.
— **2008 - 2009 | Charisse moved to New York, New York**
    — I decided to move to New York, New York to pursue a Project Management career. I ended up getting a long-term temp job at Enfatico, a WPP company in the same career path as Brenda. Brenda was far more experienced than me, so there was no competition.
    — Brenda and I would hang out, we are like and not alike at the same time. Brenda has a big family and a larger support system being the baby. I, Charisse S. Moore, am the oldest and always had to be super responsible.

- — I met Brian A. Temple, MD while hanging out with our mutual friend Olga.
- — Brenda would later meet Michael Hill, possibly at a house party or on .
- **2009 | Great Recession and layoffs at Enfatico**
  - — I lost my job at Enfatico and determine to move to where my then boyfriend Brian A. Temple, MD lived, in Jackson, Mississippi completing his residency.
- **2012 | Wedding Planning in New York, New York**
  - — I flew to New York to try on wedding dresses. I was obsessed with the show Say Yes to the Dress.
  - — Brenda made an appointment for me and a couple of friends to go to Kleinfeld's and Vera Wang.
  - — At Vera Wang, I tried on the Eleanor dress, from Sex and The City. I loved the dress, and then I tired on the Ethel dress and fell in love with the dress. This is the same exact dress that Khloé Kardashian wore.
- **August 2012 | Transitioned from Mississippi to Texas**
  - — Brian and I transitioned from Jackson, Mississippi to Lubbock, Texas as he accepted his first position as an Infectious Disease Doctor at Texas Tech University.
- **March 2013 | Final Wedding Planning in New York, New York**
  - — I flew from Lubbock, Texas for a Bridal Shower hosted by Brenda. We went to Vera Wang for my final fitting and I believe that Brenda tired on wedding dresses at Vera Wang too.
  - — Brenda tried on the same Eleanor dress, before deciding on a ballroom gown that reminded her of Charlotte from Sex and The City. We loved the show in college.
  - — Brenda was hyper focused on her wedding and gave me a card to be her maid of honor the following year. I remember Brenda Cecelia Duenas Hill wanting to have her wedding at a plantation in North or South Carolina, like the Biltmore in North Carolina.
  - — Brenda threw a small bridal shower for a couple of friends (less than 10 people). The next day we went out for brunch at The Plaza.
- **April 2013 | Wedding in Miami, Florida**
  - — Brian and I got married in a church and then had the wedding reception at the Epic Hotel in Downtown Miami, Florida.
  - — Guerdy Abraia, who is now on the Real Housewives of Miami, was our wedding coordinator and florist. Guerdy is amazing!
  - — Brenda Cecelia Duenas and Kristine Beaudoin were maids and/or matrons of honor at the wedding on April 28, 2013.
- **January 2014 | Wedding in Boca Raton, Florida**
  - — Brian A. Temple, MD got into an argument with Charisse S. Moore at Brenda Cecelia Hill's rehearsal dinner.
  - — Brenda Cecelia Duenas and Michael Hill  got married at the Boca Raton Hotel and Resort.

**In Retrospect**
- — Brenda and Brian both seemed competitive about the weddings. I, Charisse S. Moore was just happy that our wedding day was over on the day of the wedding, April 28, 2013.

- **OF INTEREST:** The Rolls Royce driver accidentally took the wrong turn and Leslie-Anne and I were a little late to the wedding. I thought that as a sign.
- Brenda and I, Charisse S. Moore, did not speak after her wedding on January 25, 2014, as Brenda was consumed with material things and our lives were going in different directions.
- Brenda Cecelia Duenas Hill talked of "*first world problems*".
- **NOTE:** A defining comment between Brenda and I, which occurred after her wedding and during my divorce process was, "*at least you had a big wedding.*"
- I will always remember watching ⬛⬛⬛ ⬛⬛⬛ with Brenda and Michael and wondering if this was a sign from Brenda to me about my upcoming wedding.

## December 2014 | Big Four – KPMG and Deloitte Consulting, LLP
- Brenda Cecelia Duenas Hill accepted a job at KPMG earlier in the year, as an Assistant Director (I believe). After my divorce finalized, I graduated with my Master of Science in Human Resource Management degree from Florida International University, passed the HRCI Professional in Human Resources (PHR) and accepted a new job at Deloitte Consulting, LLP.
- I met Brenda, Michael and Brenda's brother Richard in Hollywood Beach and shared the good news with Brenda, as I had to restart my life - fullstop hardreset (FSHR).
- I distinctly remember the look of disgust and envy on Brenda's face and Brenda saying "now I can never work at Deloitte."
- I decided to step back from our friendship. I mentioned to Ingrid Jones some of the challenges with my friendship with Brenda, one-sided versus the give and take of relationships.

## Events Leading to the Death of My Brother, Winston Alexander Moore, Jr.
- July 20, 2016 | Chick-Fil-A Restaurant Conversation
  - I went to Chick-Fil-A for lunch and while standing in line there weee two people in front of me who were having a conversation. They were talking about a siblings one with a developmental delayed disability and the other than was "normal" neurotypical. They said that the neurotypical sibling died, leaving the developmental delayed sibling living. This was always my worst fear for Winston Jr. and I, I always sacrificed my life so that Winston Jr. could have a better life - money, time, relationships and living location. Orlando was the perfect distance to come back and help him if needed. Little did I know what would happen to Winston Jr. days later.
  - This conversation always stuck with me and I discussed it with ⬛⬛ ⬛⬛ ⬛⬛ ⬛⬛ ⬛⬛ ⬛⬛ ⬛⬛
  - **NOTE:** See Chick-Fil-A Football picture from May 4-6, 2016 trip to The Saucier's house
- July 24, 2016 | ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛. was hit by a car at 9:30pm in Fort Lauderdale, FL.
  - **OF INTEREST:** I, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛, lived in the Sanford, Florida (Orlando, Florida) area at the time.
- July 25, 2016 | See Text Message below from Leslie-Anne Haffenden-Moore at 2:05 AM
  - Charisse - "Have the doctors given you an update on Winston (Alexander)?
  - Leslie-Anne Haffenden-Moore - "With Dr right now. Broken ribs on left side (back)

6,7,8,9, so that's why the tiny intubated him. BP appears to be good, but even though he is out he is still agitated making the machine go off. No bleeding on the brain. Lacerations on his face with stitched and blood from where his skin was stripped from his face. He is on heavy meds to help the machine breathe for him. They have just moved him to ICU. ICU 21 is his room#. I'll know more in the morning when the Trauma DR sees him."

— **July 25, 2016** | Brenda Cecelia Duenas Hill has a baby
  — ░░░░░░░░░░░░░░░░░░░ son, Alexander Hill is born.
— **August 11, 2016** - My uncle Tony (░░░░░░░░░░) ░░░░░░░░░░░░░░░░ posted about Winston Jr. passing on Facebook and ░░░░░░░░░░░░░░ call me at 7:30am to say that she was sorry to hear about Winston Jr.'s passing. ░░░░░░░░░░░░░░ then quickly turned the conversation to taking the BRCA test for breast cancer and potentially having breast cancer in the future.
  — Brenda sent a beautiful floral arrangement for Winston Jr.'s funeral.
— **November 2016** | **Duenas Family Party**
  — Attended Duenas family party and Brenda's dad Victor Duenas told me that he has cancer.
— **December 2016** | **Brenda's Dad Victor passes away**
  — Attended the funeral of Victor Duenas and spoke with Michael Hill's father and laughed when Michael's father shared a joke to take the edge off the funeral.
— **August 2017** | **Brenda randomly reaches out to see if I wanted to go to Buenos, Argentina**
  — I was working on a project at Deloitte Consulting, LLP or it may have been right before I went to Oslo, Norway and Nice, France for vacation in 2017.
  — I remember that whenever Brenda would head down to Buenos Aires, that she would buy a laptop and leave it in Argentina.
— **Unknown Timeline** | **Brenda travels to Buenos Argentina**
  — There was another time that Brenda was working in Argentina and I, Charisse S. Moore, asked Brenda if she got approval from KPMG to work in Argentina. Working in Global Payroll, working in the right jurisdiction is important especially for Business Travelers. I think that Brenda had to head back to New York shortly after that conversation, as she originally planned to be in Argentina for a month.
  — The intention was not to hurt Brenda Cecelia Duenas Hill , but to protect Brenda Cecelia Duenas Hill and KPMG.


**October 19, 2019** | **Ernst & Young, LLP Social Media incident**
— In Fall 2019, ░░░░░░░░░░░ texted me, ░░░░░░░░░░ about a serious public relations issue at ░░░░░░░░░░░ (EY), as a reminder of my experience at ░░░░░░░░ ░░ in May 2018. Brenda Cecelia Duenas Hill may also be involved in this crisis, Brenda Cecelia Duenas Hill copies things from other people.


  —
      — "The Huffington Post has ░░░░░░░ a training at Ernst and Young called "Power-Presence-Purpose," or PPP. They spoke specifically to a woman who attended an event

in June 2018 alongside around 30 other women and passed along a 55-page presentation full of absolutely incredible advice and spoke about the accompanying day and a half of programming. "The training was billed to participants as advice on how to be successful at EY," HuffPo reported. So, what did they learn?"

**Smyrna, Georgia**
**November 2021 | Brenda seeks to rekindle the friendship**

— **November 2021** - Brenda reached out to me (out of nowhere) and shared that she had Stage 3 Breast Cancer, I cried and did not understand why she did not reach out to me earlier. I stated that I would have dropped everything to help Brenda and Michael out with the boys - James, Alexander and William.
— During this call, Brenda stated that she does not talk to any of her friends from Miami - Linda, Suzie Riccardi, Rosemary Rosas, Stephanie Moyers, Maria and Annie Kozikowski.
— I was shocked, as they are some of her strongest friendships that I knew of off the top of my head.
— "Remember, you can't make new old friends." Brenda Cecelia Duenas Hill.

**Retrospective of Multi-Year Targeting, Hacking and Stalking by the individuals above**

**Below is a timeline of the last time that I was on social media:**

— Facebook - Removed in late January 2014 (due a personal issue with my then ex-husband)
— Twitter - Opened account in 2009 and did not properly close the account
— LinkedIn - Removed on April 27, 2022
— Quora - Removed on April 27, 2022
— Instagram - Removed on April 27, 2022
— Pinterest - Removed on April 27, 2022

**2021 - 2022 | While a resident at the Elevate West Village apartment complex in Smyrna, Georgia, I believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

— **Week of Monday, May 9, 2022:** An initial swarming event took place at the Elevate West Village apartments in Smyrna, Georgia, after a therapy session with Ingrid Jones in which I mentioned the names                    and               .
  — **May 10, 2022:** Took pictures of the path that I took to my apartment and sent them to Ingrid Jones as I was afraid due to initial swarming events.
  — **Thursday, May 12, 2022** – I saw one (1) young black man walking in the opposite direction of my morning walk with Jax (7:05am - 7:25am):
    — Race: Black male, dark skinned
    — Height: Tall (about 6'0)
    — Build: Skinny, 150-165 lbs.
    — Age: 20-27 years old

- — Clothes: White baseball hat, white Ralph Lauren Bear long sleeve hoodie, white shorts that hit at the knee, white sneakers, backside of underwear had some yellow in it
- As we walked in opposite directions, when he approached my direction, I crossed into the median grass area and continued to walk my dog. After the individual walked past me, I returned to my original path and smelled weed from the man's walking path.
  - — **OF SIGNIFICANT IMPORTANCE:**
  - — **He had**             **in his hand**, he looked in the Bobbie Sharma clothing store with it. As I made the loop around the buildings (beginning at Five Guys to McCray's Tavern to the Alexander Dentist office and back to Elevate West Village), our paths crossed on opposite sides of the street, he said 'Hi', pseudo waved and pointed the black device my direction.
- Most people walking around this area between 7:05 – 7:25am are either walking a dog, are a student walking to the bus stop, or are exercising / heading to Orange Theory. This individual was an outlier, as he had no sense of purpose / sense of direction while walking. I continued to watch him as he passed the Alexander Dentist office and approached the downward slope of Pine Street. After I could no longer see him, I walked back to my apartment building and noticed a Gold 4-door Honda with tinted windows slowly approaching. I could not clearly see who was in the vehicle, however, the individual watched as I walked into the building.
- **Thursday, May 12, 2022:** Had a session with Ingrid Jones of Change to Grow, Coral Springs, Florida. When I tried telling Ingrid Jones what was going on, Ingrid Jones stated that she did not understand what was happening.
- **Saturday, May 14, 2022:** The            occurred in Buffalo, New York. This mass shooting occurred after my personal therapy session with              which took place on Thursday, May 12, 2022.
  - — **OF HIGH INTEREST:**
    - — **My favorite and**             **favorite NFL team is the**         **.**
    - — **My Mother,**              **was born in Buffalo, New York.**
- **Friday, May 20, 2022 - Sunday, May 22, 2022** | I originally planned to visit Brenda Cecelia Duenas Hill on the weekend of Friday, May 20, 2022 through Sunday, May 22, 2024 but did not visit Brenda Cecelia Duenas Hill due to the swarming event and temporary move to Charlotte, North Carolina.
- **Sunday, May 22, 2022:** The             [6][7][8] was a          that occurred on May 24, 2022, at           in      , United States, when 18-year-old Salvador Ramos,[9][10] a former student at the school, fatally shot 19 students and two teachers, while 17 others were injured but survived. After shooting and severely wounding his grandmother at their home earlier that day, [11] Ramos drove to and entered the school, remaining for more than an hour in the classrooms where he shot his victims before members of the

fatally shot him, after bypassing numerous local and state officers who had been in the school's hallways for over an hour.

**2022 Global Payroll Offsite | Stripe, Inc. US Headquarters**
— **October 4, 2022 - October 7, 2022 | Coordinated and attended Stripe, Inc. Global Payroll Offsite in South San Francisco, California**

**New York, New York**
**November 4-7, 2022 | Trip to The Hills**
**House in Larchmont, New York**
—                    talked about                  's marriage to Serg (Sergio) Savoury and that the fact, that Serg (Sergio) Savoury may be cheating on                due to her controlling ways.
— On the way back from the Westbury Commons Outlets, Brenda started to talk about Directors at KPMG and mentioned inappropriate relationships and I tuned out completely. I do not remember the names or individuals involved however, it was not appropriate.

**Michael Hill:** Michael is the **Head of Portfolio Trading at Santander**, focused on Latin America (LATAM), including Argentina, Brazil, Chile, and other countries within LATAM. I have known Michael Hill, Brenda Cecelia Duenas Hill's husband for twelve (12) years. My relationship with Michael is an informal distanced relationship, due to Michael and Brenda living in New York, while I lived in the U.S. Southern States, such as Mississippi, Texas, Florida, Georgia, and North Carolina.
— Michael is the **Head of Portfolio Trading at Santander**, focused on Latin America (LATAM), including Argentina, Brazil, Chile, and other countries within LATAM
— While visiting Michael and Brenda Duenas Hill's home in early November 2022, Michael asked where I was working, and when I stated Payroll at Stripe, Inc., he looked a bit shocked. He asked if I was working in HR, and I clarified that I worked in Global Payroll at Stripe. That was the scope of our conversation (proper pleasantries - Hello! How are you? How is your Father doing? How is work at Santander?).
— I was talking to Brenda and Michael, and Michael asked me if my family was a member of the                   , in the United Kingdom. Michael made a specific to ask that question and then there was a hard stop. Michael may have just walked away from Brenda and I to help the boys.

**Charlotte, North Carolina**
— **November 10, 2022** - Brenda Cecelia Duenas Hill sent me a text message that discussed the FBI. I was stunned and did not know how to reply. I attempted to state that I was watching the FBI shows -                   . Brenda and I talked on the phone, while I watched the Law & Order show - Organized Crime for about an hour.
— **November 11, 2022** - Two Hispanic men exited my neighbor's apartment at Lincoln at Dilworth. I instantly knew that something was not right. These individuals then followed me

down the elevator and studied me.
— **November 12, 2022** - I used a new release called                     . I decided to use Lockdown Mode to protect myself from Ryanne Duffie Saucier, as a swarming incident happened at my former apartment, Elevate West Village.

## CRITICAL BUSINESS INFILTRATION

**2022 – 2023 | While a resident at the** . . . . . . . . . . . **apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

**As Payroll Program Manager at Stripe, Inc. I had full access to HR master data, Payroll master data, Financial data and Benefits for all of Stripe, Inc. and its subsidiaries, to include, but not the following:**

( . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . )
— Personal Identifiable Information (PII)
— Personal Health Information (PHI)
— Business Identifiable Information (BII)
    — Trade secrets, commercial or financial information that is privileged or confidential.
— Confidential Information (CI) to include Mergers & Acquisitions

**2022 - 2023 | Stripe, Inc.**
— **October 2022 |** As Payroll Program Manager, my personal phone was used to conduct business on behalf of Stripe, Inc. to include, but not limited to, calls to the following organizations:
    — Ultimate Kronos Group (UKG) - United States Payroll
    — **OF INTEREST:** Asked my boss . . . . . . . . . . . ., Global Payroll Lead, to reach out to Pat Wadors, former Chief Human Resource Officer (CHRO) at LinkedIn (now at ServiceNow) for assistance with UKG and Stripe, Inc. matters.
    — **OF INTEREST:** Contacted Gusto Payroll to gain access to Stripe, Inc. subsidiaries reports
    — **OF INTEREST:** Partnered with Finance Operations, Corporate Tax and SALT to resolve State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services
— **October 2022 | Stripe Takes Steps To Prune Workforce** - ( . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . )
    — "Stripe, the . . . . . . . . . . . . . . . . . . **on the** *Forbes'* . . . . . . . ., follows a period of rapid hiring at the company, cofounded by Irish-born brothers Patrick and John Collison in 2010. In recent years, Stripe has opened international offices in cities like Amsterdam, Bangalore and Singapore and expanded its product line from its core

payments software to a range of products including tax processing and company formation. It has also made a number of acquisitions. Stripe reached nearly $2.5 billion in net revenue in 2021, *Forbes* reported in a ⟨...⟩, with hundreds of millions in profit on an EBITDA basis, according to two sources."

— Stripe, Inc. is a federal contractor or subcontractor and must comply with the **Office of Federal Contract Compliance Programs (OFCCP)**. The law requires us to provide equal employment opportunity to qualified people with disabilities. We have a goal of having at least 7% of our workers as people with disabilities.

**Charisse S. Moore** - ⟨...⟩

— **December 3, 2022 |** ⟨...⟩ **| Moore County, North Carolina**

— This occurred approximately 1.5 hours from Charlotte, North Carolina, possibly near where I got my North Carolina driver's license.

— "Less than two weeks prior to the Moore County substation incident, the FBI had sent a report to private industry in which they stated that there had been an increase in reported threats to electric infrastructure from people who espouse "racially or ethnically motivated violent extremist ideology", with an aim of creating ⟨...⟩ and inspiring further violence.

— In addition to the Moore County Sheriff's Department, the ⟨...⟩ ⟨...⟩, the ⟨...⟩, and police departments from all eleven municipalities in Moore County are participating in the investigation.[1] The Office of Cybersecurity, Energy Security, and Emergency Response (CESER) of the ⟨...⟩ is also reported to be assisting."

— **AS A MATTER OF UNITED STATES SECURITY:** As Program Manager at the Mississippi Development Authority for the ⟨...⟩ ⟨...⟩ which was a federally funded grant programs, under the ⟨...⟩ ⟨...⟩ ), as part of the American Recovery and Reinvestment Act (ARRA) of 2009, under the ⟨...⟩ ⟨...⟩.

— This occurred approximately 1.5 hours from Charlotte, North Carolina, possibly near where I got my North Carolina driver's license and my last name is Moore. I am a descendant of the Jamaica Maroons from ⟨...⟩ ⟨...⟩. Note that my last name is Moore. My Grand Uncle is ⟨...⟩, Governor-General of Jamaica, Vice Regal of the British Royal Monarchy reporting to ⟨...⟩.

— **AS A MATTER OF UNITED STATES SECURITY:** Both ⟨...⟩ and ⟨...⟩ have asked about my work related to the ⟨...⟩ ⟨...⟩ at some point in time. ⟨...⟩ had direct reporting to me, Charisse S. Moore, as Program Manager of the ⟨...⟩.

— **AS A MATTER OF UNITED STATES SECURITY:** I, ⟨...⟩ coordinated

the initial phase of the [illegible] at Texas Tech University (TTU) with [illegible], College of Engineering, John Hopkins University and additional university across the United States

## Lincoln at Dilworth - Community Map

([illegible])

— **December 7, 2022** | I received my OliverGal AdoreMe Geo artwork with the frame cracked upon opening the box.  See photos
  — **OF INTEREST:** Oliver Gal | AdoreMe Geo order placed on Cyber Monday, November 28, 2022 ([illegible])
  — **OF INTEREST:** In November 2021, I shared with Ryanne Duffie Saucier that I was going to or bought the OliverGal Fashion Galore Diamond Dust artwork ([illegible])
— **December 18, 2022:** After walking around the exterior perimeter of the Lincoln at Dilworth complex, I walked toward the leasing office and saw a Charlotte-Mecklenburg Police Department vehicle (Ford Explorer) parked outside of the leasing office.  When I walked closer to the officer's vehicle, I made eye contact with the dark-skinned Black officer male and he promptly hit the gas and took off. I believe that this officer, is the same officer (Officer Jackson) that took two (2) hours to arrive when I called the Charlotte-Mecklenburg Police Department from Lindsey Dewhurst, Lincoln at Dilworth Property Manager's cell phone.
  — Constant surveillance by the following apartments - 579, 477, 485, 432, 433, 499, 450, 451, potentially 476
    — **Apartment 579:** Apartment above my apartment, responsible for laser pointers in my apartment
    — **Apartment 477:** Turned on the dryer every time that my Apple phone alarm clock when off to alert the apartment either above or below that (577 and 377) that I was wake and getting ready to walk the dog.
      — Of Latin descent from Mexico, they (man and woman) love Lululemon.
    — **Apartment 485:** Placed bright orange sneakers that were placed outside whenever I left the apartment to walk Jax.
    — **Apartment 483:** Sat empty for months, with no one moving into the apartment.
    — **Apartment 433:** Was a lookout whenever I took the elevator down to walk Jax and/or to get my car from the vehicle.
      — **OF INTEREST:** This individual may have also broken into my apartment, as there were highly coordinated efforts each time that I left my apartment for an extensive period of time.
    — **Apartment 432:** Was a lookout whenever I took the elevator down to walk Jax and/or to get my car from the vehicle.
    — **Apartment 499:** Was a lookout whenever I came up the elevator from the

Leasing office after walking Jax at night and going down to walk Jax in the afternoon.
- **Apartment 450:** Was a lookout whenever I took the elevator down to walk Jax. This is of particular interest as it sometimes lead to a closed garage door in the loading dock.
  - Of Interest: There were times when there were 20+ people waiting in the loading dock for me to come down.  I held my card - The Armor of God, as I was afraid.
- **Apartment 451:** Was a lookout whenever I took the elevator down to walk Jax. This is of particular interest as it sometimes lead to a closed garage door in the loading dock.
  - Of Interest: There were times when there were 20+ people waiting in the loading dock for me to come down.  I held my card - The Armor of God, as I was afraid.
  - **Apartment 476:** This apartment was located directly across from me.
- **December 19, 2022:** Brenda Cecelia Duenas Hill invited me to her house in Larchmont, New York for the holidays (Christmas and New Years) and her sons birthdays (James and William). I declined the invitation to go to Brenda's house, as I wanted to be alone after being swarmed / attacked in Smyrna, Georgia by Ryanne Duffie Saucier, Dan Saucier and unknown co-conspirators.
- **December 21, 2022:** Was a young woman walking backwards into the wind across the street from the apartment.
- **December 25, 2022:** I had an hour long conversation with Felicia Gilgeous and talked about the weather, watching tv and reading over an IRS Publication.

**Military Tactical Hold within the Lincoln at Dilworth apartment complex:**
For months and months (December 21, 2022 through March 31, 2023), everytime that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator.  There was an unknown social media frenzy to me.

The elevator episodes were of particular interest as, each time that I pushed the button for the elevator, the elevator went up to the fifth (5th) floor prior to coming to the fourth (4th) floor. I sensed that the men that were in the elevator were following me and/or watched me take a shower and watched the video of me showering.

- **December 26, 2022:** I lived in Apartment 479 and I noticed that the patio door of Apt 487 (located directly across from me) was wide open.
- **December 26, 2022:** The water mains at Lincoln at Dilworth broke due to the Hard Freeze that occurred, the City of Charlotte, Fire Department was called to the apartment complex and I stood outside with other residents for hours.
  - **OF INTEREST:** There was a Black guy that made constant eye contact with me as we

(all residents at the complex during the holidays) stood outside. The Black gentleman and I walked by each other in the mailroom and two or three (2-3) times. This Black gentleman did not pose a threat, he had the "opportunity to inflict physical violence" and did not take advantage of the "opportunity to inflict physical violence". I think that he was in Apartment 483 in early January, but I never saw him again after December 26, 2022.

- **December 27, 2022:** There were four (4) vehicles that surrounded the exit of Lincoln at Dilworth, when I went to walk Jax.
  - **NOTE:** A resident, white woman with blonde hair and a little Poodle stared at me in the elevator and did not say a word.

- **December 28, 2022: Ulta Beauty at** 7314 Waverly Walk Ave, Charlotte, NC 28277
  - Doxxed while paying for Dolce & Gabanna - Light Blue. The cashier asked for my phone number and screamed my phone number across the entire store.
    - Compared address against ⠀⠀⠀⠀ that I shopped at as well
  - **Ulta Beauty Headquarters -** 1000 Remington Blvd #120, Bolingbrook, IL 60440
- **December 28, 2022:** Watched Oprah Winfrey's Super Soul podcast - Intention

**VEHICLES OF INTEREST:**
- **Late December 2022:** Black Ferrari (this vehicle was in the Lincoln at Dilworth parking garage in December 2022)

- **January 13, 2023: Received Notice from Lincoln at Dilworth Property Management**
  - "We have noticed there is a significant number of vehicles parked without a parking sticker or a temporary pass. Parking Permits are required if you are parked behind the gates.
  - Any vehicle parked in Lincoln at Dilworth gated parking lot **THAT DOES NOT PROPERLY DISPLAY** a parking sticker or temporary tag WILL BE BOOTED or TOWED with no further notice. A properly displayed Parking Permit means that the Permit (sticker) is either attached to the windshield.
  - **MODIFICATIONS OF PERMITS ARE NOT ACCEPTABLE.** Any vehicle that does not properly display a parking permit will be booted or towed. Parking permits are not valid if parked on P2; parking on P2 with a permit will result in being booted or towed."
- **January 15, 2023:** Contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras located within the fire alarms in the apartment. There was a noted uptick of visitors to the Lincoln at Dilworth apartment complex at multiple points of the days to coincide with my walks with Jax (7:30am, 12:30pm, 4:30pm, 7:30pm and sometimes 9:30pm)
- **January 25, 2023 -** I met Lyna Alfaro for lunch at ⠀⠀⠀ | 9818 Gilead Road, Huntersville, NC, 28078
  - *Question of the afternoon by Lyna Alfaro "Are you sure you want to eat that?"*
  - After lunch, I went with Lyna Alfaro to her house and saw her husband Christian Alfaro (US Army Veteran) and their children. We talked briefly about life stuff, moving to

California and my thoughts on how expensive California is as a single person but I still dream of California. We also joked about like in South Florida, the need to keep up and "needing to be skinny" but that was for a point in time, like our early 20s. I talked about my Dermatologist and how he stated that I needed to lose weight during a visit to his office.

- — **NOTE: Dr. Attica Chang**, Dermatologist of ░░░░░░░░░░░░░░░░░░░░░░ was and is an excellent Dermatologist. He cared enough to tell me to stay in shape - lose weight, as I was under his care for health issues.  Dr. Attica Chang is the same doctor that held my hands and looked me directly in the eyes, as I cried while having a medical procedure performed, to treat ░░░░░░░░░░░.

- — **Late January 2023:** I took my Mac to the Apple store (in Charlotte South Park) to get wiped and protected and purchased a Google Drive external hard drive to copy the files from the laptop for backup
- — **January 31, 2023: Lincoln at Dilworth Property Management Emailed Notice to Residents**
  - — "Good Evening Neighbors!  We hope you are doing well! As the mailroom door is consistently being broken, and it is now beyond repair of our maintenance staff, the one door will be closed off until our third party vendor can replace the door entirely. There are still two doors for entry and exit. Deliveries can come through the leasing office during office hours. We appreciate your understanding as we find a permanent solution to the door being intentionally broken."
- — **January 2023 - February 2023:** There were several loud parties in Apartment 579 above me in which I strongly believe that a large portion of stalking was taking place, in addition to the apartments identified above.

- — **Banfield Pet Hospital appointments at Charlotte SouthPark**
  - — **February 10, 2023:** The veterinarian pulled out a lot of Jax's teeth in the top part of his mouth.  Jax must now eat soft food, instead of the Blue Buffalo that he traditionally ate
  - — **OF INTEREST:** Instead of the traditional call from the Veterinarian's office, the follow-up call about the surgery I received an email instead which was strange, as this was the first time that person wanted to help out
- — **February 14, 2023:** Noticed a Charlotte-Mecklenburg Police Department SUV Ford Explorer vehicle parked in the garage in a parking space against a back wall.
  - — **OF INTEREST:** This is one of few apartment complex where there was not an identifiable Police vehicle at the residence. Similar to Elevate at West Village, there was not an identifiable Police vehicle at the residence.
- — **February 22, 2023:** Followed by Grey Jeep Wrangler with dark tinted windows to church on Ash Wednesday at St. Gabriel Catholic Church.
  - — **Address:** St. Gabriel Catholic Church - 3016 Providence Rd, Charlotte, NC 28211
  - — **Of Interest:** This is the day that my ears finally stopped burning and turning red.
- — **OF INTEREST:** In the end, there were three groups of individuals, their races were White, Hispanic (to include my neighbors in Apartment 477 and their visitors on November 11, 2022) and Black.
  - — **VEHICLES OF INTEREST:**

- — The individuals that drove the vehicles below did not pose a threat, they had the "opportunity to inflict physical violence" and did not take advantage of the "opportunity to inflict physical violence". These individuals consistently parked their vehicles near my silver Honda Accord coupe.
  - — Driven by a White man - Red Audi A4, no tint on the windows
  - — Driven by a Hispanic man - White Mercedes Benz, 4 door Sedan possible a C class with North Carolina tag – JELLLY (?)
- — **March 6, 2023 - March 20, 2023:** The stalkers upped the ante and started to use laser pointers through the vents in the Living Room, Bedroom, Bathroom, Office area and additional unknown areas of the apartment. Specifically, unknown individuals shined laser points in my eyes when I woke up from sleeping at 3:00M or 3:30am to wake me up.


**March 2023** | As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash

- — **Silicon Valley Bank (SVB) and First Republic Bank** ( )
- — During this time I also made calls to the United States Department of Treasury and/or the Internal Revenue Service (IRS), to recover and/or seek a refund on behalf of Stripe, Inc. (with the Bureau of the Fiscal Service,                    ) and could audibly hear a call drop in the background, this occurred in March 2023 (on my phone            ).
  - — The call was dropped after the recorded statement of "*This is a recorded line of the United States Department of Treasury and/or the Internal Revenue Service*"


**March 2023** | As Payroll Program Manager, this coincided with the Stripe Tender Offer scheduled for March 2023. Additionally, I made calls with the State of California attempting to recovering ~$500K on behalf of Stripe, Inc., the State of Maryland in partnership with            , Corporate Tax,            , State and Local Tax (SALT) and            , Finance Operations and            , Real Estate ~$3.0M and the City of Baltimore

- — Stripe, Inc.: Navigating a Tender Offer in 2023 | Stripe, Inc. ( )
- —            from insiders suggest that Stripe, Inc. tender offers will begin in April 2023 before settling one month later in May.
  - — **OF INTEREST:** As the Payroll Program Manager, I (            ) had access to this information on March 3, 2023, this was not public. But this validities my experience.
  - — **OF INTEREST:** I briefly looked at either the US Department of Treasury -            webpage or the Internal Revenue Service (IRS) -            , as part of the Tender Offer next day payment requirements to the Internal Revenue Service (IRS)


**March 2023 | Stripe, Inc. tells employees**

— **Stripe, Inc. tells employees it will decide on an IPO within the next year** (

)
  — Co-founders and brothers John Collison and Patrick Collison told employees Thursday that they will set a goal of taking the company public or letting them sell shares via a secondary transaction.
  — Stripe, Inc. is considering a direct listing or private market transaction and has hired Goldman Sachs and JPMorgan to advise on the deal.
  — As Payroll Program Manager, during this time I also started to utilize the PwC - to understand the initial public offering (IPO) process for Stripe, Inc.

— **Stripe, Inc.: Navigating a Tender Offer in 2023 | Stripe, Inc.** ( )
    — from insiders suggest that Stripe, Inc. tender offers will begin in April 2023 before settling one month later in May.
    — As the Payroll Program Manager, I had access to this information on March 3, 2023, this was not public. But this validities my experience.
    — **OF INTEREST:** I briefly looked at either the US Department of Treasury - webpage or the Internal Revenue Service (IRS) - , as part of the Tender Offer next day payment requirements to the Internal Revenue Service (IRS)

— This tweet sounds like it is from an internal Stripe conference call with John and Patrick Collison ( )
  — "We raised money at a $20 billion valuation at the end of 2019. If you told us then that, four years later, interest rates would be surging, the economy would be teetering, and high-growth tech companies would be suffering declines last seen in the dot-come crash...and yet Stripe would be valued at $50 billion, we would have been delighted."
    — : Stripe announces a new round of funding and plans to provide employee liquidity ( )
    — Stripe slashes valuation to $50 billion in new $6.5 billion funding round | CNBC ( )

— **Monday, March 20, 2023: Stripe, Inc. Triumphing in the Face of Adversity guest speaker from Wabush University - Dave Auckland and Emmanuel A.**
  — **NOTE:** At the time, I had no idea that the guest speaker may have been for me.
— **Tuesday, March 21, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.

- *Tuesday, March 21st - Case Number 20230321155300*
— **Thursday, March 23, 2023**: Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
  - *Thursday, March 23rd - Case Number 20230323101700*
— **Saturday, March 25, 2023**: Finished reading the book ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ by Mary-Elaine Jacobsen, PsyD
— **Saturday, March 25, 2023**: At 7:30pm the leaders of each group made their presence known, "they shook out" they physically got out of their vehicle and looked at me stunned, while I was walking Jax and returning to my apartment through the Lincoln at Dilworth - East Morehead Street Parking Garage drive through entrance.
— I looked at them and then went back upstairs and started to pack my apartment. **See Screenshots: Charlotte, North Carolina tab**
  - Driven by a Hispanic - White Pickup Truck without tint, I think that Jose of the Lincoln at Dilworth Maintenance team drove this truck with Texas tags
  - Driven by a White Man - Olive Green Pickup Truck, I think that this vehicle was a four door Truck with tinted windows
  - Driven by a Black man - Grey Jeep Wrangler with tinted windows (same vehicle that followed me to church).
    - **NOTE:** This guy let me see his face multiple times. He seemed to clean cut for whatever was happening.
— **March 28, 2023 |** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  - "Six people — including three children — ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and the suspected attacker was killed by police within minutes of the first call of an active shooter.
  - Audrey Hale, whom police identified as the shooter, had bought seven firearms — including the three guns used in the attack — legally and had been in treatment for an emotional disorder, Nashville Police Chief John Drake said Tuesday."
— **March 30, 2023**: There was a White guy in a Black Chevy Suburban, that followed me from Lincoln at Dilworth to Pearl Street Park - 1200 Baxter St, Charlotte, NC 28202 with North Carolina vehicle tag - **SOLD.**
  - He walked into Canopy REALTOR Association - 1120 Pearl Park Way, Charlotte, NC 28204. The guy was wearing a golden yellow t-shirt, black sleeveless vest with quilted diamonds, black pants and was bald-headed and his face was bright red after looking at me. He made his presence known.
  - **OF INTEREST:** This guy made his presence known, he had the "opportunity to inflict physical violence" and **did not take advantage** of the "opportunity to inflict physical violence". **He was not a threat, from the expression on his face he was pissed off and may know a lot more about what was happening and/or what was supposed to happen to me.**
    - This guy watched me for more than 30 minutes. **He was not a threat.**
— **March 30, 2023**: Completed the move out process from Lincoln at Dilworth. Utilized the

same system as Smyrna, Georgia, getting a U-HAUL truck and reserving movers from the U-HAUL system. My stuff was moved into Life Storage - 4601 South Blvd, Charlotte, NC 28209.
- **OF INTEREST:** Contact Lyna see message from March 31 as I was moving out of Lincoln at Dilworth.
- While staying at the Le Meridien, Charlotte, North Carolina, I attempted to book a hotel reservation at the Seattle Marriott Waterfront but was unable to due to an error.

## Relocation Strategy | Move to New York, New York for safety

## May 2023 | Leave of Absence
- As a result of continued stalking by ████████████████████████████████████, ████████████ additional known / unknown co-conspirators, I partnered with my former therapist to implement a Relocation Strategy from Charlotte, North Carolina, to New York, New York, in May 2023.
- **May 4, 2023** | While meeting █████████████████████████████████████████, in person at the ███████████████, on May 4, 2023, my birthday, Ingrid Jones noted that I was **"helping people"**.
- Ingrid Jones never asked, "are you okay after the stalking events?"
- **May 13, 2023** - Brenda's text message on May 15, 2023 at 9:03am after the Taylor Swift Philadelphia concert
    - "Hi honey, the concert ended so late, I am just heading out now (Over slept) I do t hunk I'm going to make. but I will go into the city this week. I'll look at which day. It's just William's pick up time that gets me nervous"
    - Not sure what happened during Bad Blood but it was enough Taylor needed to get involved... ███████████████████████████████
        - ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████
        - ████████████████████████████████████████████████████████████████████████████████████████
        - The Taylor Swift concert was held on Saturday, May 13 pm at the Lincoln Financial Field in Philadelphia

- **May 23 2023 | Sent Brenda a StreetEasy Listing for an apartment in New York**
    - I sent Brenda Cecelia Duenas Hill the StreetEasy listing for 140 East 56th Street, Apt 4A, New York, New York. Note that prior to moving into 140 East 56th Street, Apt 4A and alcove studio apartment, as discussed with Brenda, the air conditioning unit was moved.
- **June 6, 2023 | Brenda talks about an Old Friend**
    - Brenda Cecelia Duenas Hill and her husband, Michael Hill flew to Paris, France and met Kristine Beaudoin Savoury and her mother.

- **June 6, 2023 | Finalize Lease on new New York Apartment**
  - My lease for 140 East 56th Street, Apt 4A, New York, New York was approved. I sent a text message to Brenda Cecelia Duenas Hill as a I was excited, now I was a New Yorker again.
- **June 8, 2023 | Uber | TMT Executive Call**
- ⸻ held a ⸻ Executive call and discussed without ⸻ being able to leave the room. This is the first time that ⸻ is addressing this issue which is a known conflict with KPMG, to have people in the room listening to Confidential Client calls.
- As a former ⸻ and ⸻ HR Strategy & Transformation Consultant , I, ⸻ , am well aware of the Confidential nature of Client relationships.
- ⸻
- ⸻
- **June 9, 2023 | Meet Piece of Cake in Charlotte, North Carolina**
  - Flew down to Charlotte, North Carolina, had an interesting experience with Lyft driver, as two songs were play that day
  - **Taylor Swift - *Blank Space* and *Love Story***
- **June 10, 2023 |** Drove all night from Charlotte, North Carolina to Larchmont, New York. Interestingly enough, the music was great all night from each State and/or major City that I drove through.
- **June 11, 2023 | My Apartment in New York, New York**
  - Again, I, Charisse S. Moore shared with Brenda Cecelia Duenas Hill the StreetEasy listing for 140 East 56th Street, Apt 4A, New York, New York which includes the Studio layout.

**2023 Global Payroll Offsite | Stripe, Inc. Dublin Headquarters**
- **June 25, 2023  - July 1, 2023 | Attended Stripe, Inc. Global Payroll Offsite in Dublin, Ireland**

**New York, New York**
- **July 17, 2023 | Swarming Event** Swarming event near my apartment at 140 East 56ht Street, Apt 4A, New York, New York, between East 56th Street, Lexington Avenue and Third Avenue that initially started at 6:45am with a Hispanic man approximately 6'2" or 6'3", 250lbs+ that wore a tan Dickies outfit, black beanie, had shoulder length hair with a slight curl at the end with a tear tattoo below his left eye.
- **July 18, 2023 | Session with Ingrid Jones**
- Widely publicized personal therapy sessions, clearly identified while a resident in New York, New York with the keywords - Barbie, Oppenheimer and DARPA. Additional discussion points include working with Dr. Michelle Pantoya, Engineering Professor who focuses on Combustibles.
  - **OF INTEREST:** I mentioned ⸻ to ⸻ , to end the call on Thursday, July 18, 2023.

- **July 19, 2023 | New York Police Department**Contacted the New York Police Department to perform a search of my apartment due to hidden cameras within the bathroom medicine cabinet. The hidden camera was highlighted through the use of the Hidden Camera Detector - Peek.
- Report Number:
- **July 19, 2023 | Dinner reservations at Yuma New York restaurant with Brenda Cecelia Duenas Hill and Subin Seth, Office of the Senior Counsel, Internal Revenue Service (IRS)**
- Missed dinner due to being afraid after finding the hidden cameras and events from Charlotte, North Carolina and Seattle, Washington
- **July 21, 2023 | Last Day at Stripe, Inc.**

## Unauthorized Non-Consented Psychology, Business and Technology Social Media Experiment

- **July 23, 2023 | Brenda Cecelia Duenas Hill held a birthday party for James Hill, not Alexander Hill**
- I have pictures from the party with James' name used as the party decorations
- After arriving home and parking my car in the 919 Third Avenue garage, there was a significant shift, with two men posing like security.
- **July 29, 2023 | Shopping at Hermes** Brenda Cecelia Duenas Hill asked me if I believed in the Illumaniti, asked me if I liked Arab men (at Hermes store in the Upper East Side-UES) in a condensing manner and made a slick comment about the *Duke and Duchess of Sussex - Prince Harry and Duchess Meghan Markle regarding their attendance at King Charles' Coronation in May 2023.*
    - **OF SIGNIFICANT IMPORTANCE:** Please contact              , Commander of the United States Air Force. Brent Moran was one of Coaches at Deloitte Consulting, LLP.
    - **OF SIGNIFICANT IMPORTANCE:** This is Charisse S. Moore interpretation of            .
- **August 8, 2023 |** "Maybe call your therapist - was she the one who helped you find him. She seems nice"
    - **Of Interest:** I do not recall telling Brenda Cecelia Duenas Hill about my personal therapist - Ingrid Jones.
- **August 24, 2023 |** While traveling to London, England, I was able to confirm with a conversation with my cousin that Sir Patrick Allen, Governor-General of Jamaica is my Grand Uncle. Sir Patrick Allen is my Grandmother's brother.
    - **OF INTEREST:** I started to Google Sir Patrick Allen and the Jamaican Maroons in May / June 2018, before going to England in June 2018. This is important due to the potential hacking of my phone, email and/or laptop beginning in January 2018 while spending time at The Sauciers while attending Workday training in Atlanta.
- **August 25, 2023 | Swarming Event**
    - After a distressing incident, I called and/or texted                          for assistance and there was a delayed response by                         .

## Unauthorized Non-Consented Medical Experiment
## September 2023 | Moved out of Midtown East apartment
-                      is the reason that                    , Accounting Intern

received Charisse S. Moore's old apartment 140 East 56th Street, Apt 4A, New York, New York 10022.

**2013 | Unites States Department of Energy**
- **During my time at Texas Tech University,** ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ reached out to me to ask about my work. Brenda wanted to know what I did for work, because she thought it was cool.
- It was surprising to see Brenda Cecelia Duenas Hill's link to the article below on KPMG related to Private Equity and the Energy sector, as Brenda works in Internal Services and not Consulting.

**NOTE:**

- ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ has also asked directly about my work related to the ⬚⬚⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚, in which I declined to answer the question. Brenda may have highlighted ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ in the Metaverse video below

**April 11, 2022**
KPMG's Global Private Equity Leader Glenn Mincey leads a conversation with KPMG's Global Energy Leader Regina Mayor and KPMG Ireland's Mike Hayes on how private equity investments in the energy sector are reacting to a multitude of market disruptors:



## Welcome: KPMG in the Metaverse

Found on Brenda Cecelia Duenas Hill, KPMG



**Welcome: KPMG in the Metaverse**

KPMG US
13.8K subscribers    [Subscribe]

👍 91   👎    ↪ Share   ☰+ Save   ···

## KPMG Thought Leadership Product Spotlight

A product spotlight is a great way to direct customers' attention to new products, sales, and seasonal must-haves. That's why featuring selected items in headers on the front pages of ecommerce websites is such a common practice for many brands, including furniture businesses.

- KPMG Drive Innovation service line (                                              )
    - **Deepfakes rewrite the cybersecurity playbook** (                                              )
        - Factor #1: Rapid advances in GenAI
        - Factor #2: Rise of remote work
        - Factor #3: Human fallibility
    - 5G needs real time security in a data converged environment (                                              )
        - " The issue of security and data privacy is not new, but magnified with 5G IoT and platforms.

- — Not only are the risks associated with data being shared and the privacy and security risks at a personal household level but there are increasing risks associated with Governments and businesses in protecting their critical infrastructure. If, a 5G network stopped, given the magnitude of its application in multiple industries, society and critical infrastructure is a risk: healthcare, manufacturing and distribution, emergency services, hospitals, cars and industry to name a few. Lives could be lost and our dependency on critical devices could provide risks to sectors, such as health and banking etc.
  - — There is a fine line between enabling new data models and protecting privacy of customers, KPMG believes that there is a need to enable trust within new data models, and the focus on areas such as ethics in AI and data will become of prime importance."
- — Application of the "cash-out" process, as noted on the show Vice Media show Black Market by Michael K. Williams - ░░░░ ░░░░░░░░░░░ ░░░░ ░░░░░░░░░ ░░░░░░░ ░ ░░░ ░ ░░░░ ░░░░░ ░ ░░░, which may be incorporated into the following piece of KPMG Thought Leadership - (░ ░░░ ░░░░░░ ░░░░ ░░░░░░░░░ ░ ░░░ ░░░ ░░░░ ░ ░░ ░░░ ░░░ ░ ░░░ ░░░ ░ ░░░░)
  - — "While the first application is typically rejected, this request creates a credit profile associated with the synthetic identity, legitimizing it from the perspective of other institutions. Repeated applications eventually lead to success for the fraudster, allowing them to secure lines of credit that they never intend to pay back.
  - — Some immediately cash out on this opportunity, but oftentimes, there's a long play in which the fraudster will use the account responsibly to slowly increase their credit limit. In time, they'll enact a "bust-out" and proceed to max out the line of credit, abandoning the identity and leaving creditors with the responsibility of writing off the loss. This charge-off, on average, amounts to $15,000.4"
    - — American Express Platinum Card
    - — Chase United Explorer Card
    - — Chase Amazon Prime Card
- — **September 13, 2023** - Microsoft Envision | The Tour: How to lead in the era of AI
  - — Aligns with the following travel dates:
    - — Wednesday, September 6, 2023 - Fort Lauderdale to Newark on United Airlines, Confirmation Number EZDN3F
    - — Friday, September 15, 2023 - Orlando to Newark on United Airlines, Confirmation LLQW23



**Brenda Hill on LinkedIn: Attending Microsoft Envision in NYC? Join our KPMG & Microsoft Gen AI...**

**September 18-19, 2023 | KPMG Retains Title Sponsorship of the 7th Caribbean Infrastructure Forum (CARIF) 2023 at the Ritz-Carlton in Miami, Florida**

- "KPMG in Caricom announces its continued co-title sponsorship of the 7th Caribbean Infrastructure Forum (CARIF), taking place on September 18-19, 2023 at the Ritz-Carlton in Miami, Florida.
- The 2023 CARIF will bring together key stakeholders, industry leaders, policymakers, and investors to focus on infrastructure as an enabler for sustainable growth in the Caribbean.
- Head of Advisory for KPMG in Caricom, Raymond Campbell, explained KPMG's longstanding commitment to supporting the development of resilient and sustainable infrastructure across the region.
- 'Resilient infrastructure is a strategic imperative for the Caribbean. We have seen in recent times where climate, health and economic challenges have disrupted crucial services, and hindered economic progress across the region.'"

**WORLD INTELLIGENCE AGENCIES**

**December 18, 2023 | FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements**

- **December 15, 2023 |** "The Securities and Exchange Commission's new requirements for companies to disclose material cybersecurity incidents take effect on December 18, 2023. The FBI, in coordination with the Department of Justice, is providing guidance on how victims

can request disclosure delays for national security or public safety reasons. The FBI recommends all publicly traded companies establish a relationship with the cyber squad at their ⋯ ⋯ ⋯ ."

**Vanguard Q4 2021 Account Statement**
Smyrna, Georgia
*Submitted Federal Bureau of Investigation (FBI) Internet Crimes IC3 Report for Vanguard Investments on April 27, 2024.*

**Fall 2021** | Dan Saucier asks question about starting a new business after moving to Smyrna, Georgia and Ryanne Duffie Saucier immediately asks, "what do your finances look like?"

**Fall 2021** | Brenda Cecelia Duenas Hill reaches out to rekindle the friendship
**re: MercadoLibre**

Page · 1 of 5

# Vanguard®

**STATEMENT**

CHARISSE S MOORE
4520 Pine St SE Unit 4122
Smyrna GA 30080-6915

ACCOUNT SUMMARY: 10/01/2021 - 12/31/2021
DELOITTE 401(K) PLAN— 093238

**Total Account Balance:**            **$51,035.63**

## Your Account Summary

### Account Balance

| | Current Period | Year to Date |
|---|---|---|
| Beginning balance | $45,543.35 | $34,071.50 |
| Your contributions | $3,400.00 | $11,050.37 |
| Employer contributions | $0.00 | $872.30 |
| Market gain/loss | -$498.05 | $2,427.31 |
| Other transactions | $2,597.58 | $2,643.95 |
| Fees* | -$7.25 | -$29.80 |
| Ending balance | $51,035.63 | $51,035.63 |
| Vested balance | $51,035.63 | $51,035.63 |

*May include recordkeeping, administrative, or purchase/redemption fees.

### Your Account Progress



Includes all contributions and market activity.

## Your Investments

### Your Asset Mix



■ 98.0% Stock
■ 1.8% Bonds
0.2% Short-Term Reserves

Diversification is important to successful retirement planning. For more information and other disclosures, see section labeled "Additional Information" at the end of your statement.‡‡

### Your Personal Performance*

As of 12/31/2021

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| Annualized Personal Rate of Return | 12.70% | 17.60% | 14.00% |

*Your personal performance is based not only on the performance of your investments, but also the timing and amounts of any purchases and redemptions.

**Connect with Vanguard**® · 800-523-1188 · vanguard.com

**Brenda hacks my laptop and prevents reporting to the United Kingdom Secret Intelligence Secret.  Please see below:**



contact-embassy.service.gov.uk

**Confirm email address**

Charisse5M8@proton.me

**Are you a British passport holder?**

⦿ No    ◯ Yes

**What your enquiry is about**

Protection for The British Monarchy

You can enter up to 100 characters

**Details of your enquiry**
Tell us about your enquiry in 1200 characters or fewer



OF SIGNIFICANT IMPORTANCE:
Charisse S. Moore - www.linkedin.com/in/charissemoore
- December 3, 2022 | Moore County substation attack | Moore County, North Carolina
   - "Less than two weeks prior to the Moore County substation incident, the FBI had sent a report to private industry in which they stated that there had been an increase in reported threats to electric infrastructure from people who espouse "racially or ethnically motivated violent extremist ideology", with an aim of creating civil disorder and inspiring further violence.
   - In addition to the Moore County Sheriff's Department, the North Carolina State Bureau of Investigation, the Federal Bureau of Investigation, and police departments from all eleven municipalities in Moore County are participating in the investigation.[1] The Office of Cybersecurity, Energy Security, and Emergency Response (CESER) of the Department of Energy is also reported to be assisting."
   - AS A MATTER OF INTERNATIONAL SECURITY: As Program Manager at the Mississippi Development Authority for the Energy Efficiency Conservation Block Grant (EECBG) which was a federally funded grant programs, under the United States Department of Energy (DOE), as part of the American Recovery and Reinvestment Act (ARRA) of 2009, under the President Barack H. Obama administration.
   - This occurred approximately 1.5 hours from Charlotte, North Carolina, possibly near where I got my North Carolina

# Victim Information

| | |
|---|---|
| Name: | Charisse Samantha Moore |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | AT&T |
| Is the incident currently impacting business operations? | Yes |
| Age: | 40 - 49 |
| Is the victim aged 17 or under? | |
| Address: | 140 East 56th Street |
| Address (continued): | Apt 4A |
| Suite/Apt./Mail Stop: | |
| City: | New York |
| County: | New York |
| Country: | United States of America |
| State: | New York |
| Zip Code/Route: | 10022 |
| Phone Number: | 4159406805 |
| Email Address: | CharisseSM8@proton.me |
| Business IT POC, if applicable: | Jeremy Legg, Chief Technology Officer, https://www.linkedin.com/in/jeremylegg?original_referer=https%3A%2F%2Fwww.google.com%2F |
| Other Business POC, if applicable: | Jon Summers, Chief Information Officer, https://www.linkedin.com/in/jonsummersatt |

# Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

My name is Charisse S. Moore, MS and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi, 2013 in the State of Florida, 2021 in the State of Georgia and additional timelines are unknown as of Sunday, April 21, 2024.

This document is supplied to support the original United States Southern District of New York, Employment Discrimination Complaint – s/Moore v. Stripe, Inc. https://www.pacermonitor.com/public/case/53122472/Moore_v_Stripe,_Inc

Due to the long-term nature of the multi-year Interstate Stalking scheme, the following Federal Complaints have been filed to support each business:
• As of April 11, 2024, an Employment Discrimination Complaint was filed with the United States, Southern District of New York against Stripe, Inc.
• As of April 13, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Ant Financial Group.
• As of April 13, 2024, an updated United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Stripe, Inc.
• As of April 14, 2024, an US Securities Exchange Commission (SEC) Whistleblower Complaint was filed on behalf of Snap, Inc. / Snapchat.
• As of April 15, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Deloitte Consulting, LLP.
• As of April 15, 2023, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Ernst & Young, LLP.
• As of April 19, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of RedHat, an IBM Company.

## About Me

Between May 2022 – July 2023, I, Charisse S. Moore was a Payroll Program Manager at Stripe, Inc. where, I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax (SALT), Employment Legal, HR and HR Technology teams. Stripe, Inc. is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. Stripe, Inc. has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

Prior to Stripe, Inc., I was a HR Strategy and Transformation Consultant at Deloitte Consulting, LLP and Ernst & Young, LLP with eight (8) years of experience across HR and Payroll Strategy, Operations, Technology and Mergers & Acquisitions (M&As) for Fortune 500 clients.

Technology Abuse activities to include, but not limited to, the following:
- Wi-Fi hacking was under contract with AT&T
    - AT&T Password 2022 - SolisMoonDior9!
        - The targeting, stalking, hacking and harassment of me is so bad that Elon Musk, Founder of Tesla, Founder of SpaceX and initial Angel Investor in Stripe, Inc. and the House of Christian Dior partnered together to create the 2023 Dior Carousel of Dreams that sat on top of the Saks Fifth Avenue store during November 2023 - January 2024.

AT&T WiFi and Cable - February 25, 2021
Diagnostic information
Box ID: 0812114e-00b9-4398-ac34-9023f5a4f13f
Versions: Boot ROM: 2.7833, Client: 2.6.31312.24(RELEASE)
Network connection: Connected
Box IP: Network not available
12:04 PM
Network not available: The TV receiver is connected to the network but is unable to interact with the Inter connection device.
Login attempt result: Fail: Failed to get discovery bootstrap

Apple - September 27, 2021
Hide My Email
Keep your personal email address private by creating a unique, random address that forwards to your personal inbox and can be deleted at any time.
gels_slots.05@icloud.com

AT&T - October 2, 2021
AT&T Wi-Fi Gateway Service Light
If the service light is off, it means Wireless Gateway is not powered on
Has not obtained a broadband connection
Has stopped attempting to activate on the network

Apple - February 17, 2022 2:39AM
iCloud Notifications (20 minutes ago)
Private Relay Unavailable
"ATT5zb2mux" is not connected to the internet.
21m ago
With Private Relay turned off, this network can monitor your internet activity, and your
IP address is not hidden from known trackers or websites." Apple's current
wording does not allow for the possibility that iCloud Private Relay is unavailable because it has been disabled in the Settings app. Jan 12, 2022
iCloud Private Relay keeps your internet activity private
Private Relay hides your IP address and browsing activity in Safari and protects your unencrypted internet traffic so that no one - including Apple — can see who
Private Relay is currently in beta. Some websites may have issues, like showing content for the wrong region or requiring extra steps to sign in.
Private Relay is temporarily unavailable.
ATT5zb2mux is not connected to the internet. You may need to log in or acknowledge the terms and conditions for using this network. Private Relay will automatically turn back on when you're connected to the internet.

Apple - June 23, 2022
Your Apple ID and phone number are now being used for iMessage and FaceTime on a new Apple Watch.

If you recently signed into "Charisse's
Apple Watch" you can ignore this

AT&T - August 15, 2022
AT&T Free Message: Valued Customer, thanks for doing business with AT&T. We'll text you soon for some feedback about
your contact with Lamar R. Survey texts are free.
Reply STOP at any time to cancel and opt out of this survey.
1 of 6: How satisfied are you with Lamar R's ability to assist you with your service request?
1=Very DISSATISFIED
2=Dissatisfied
3=Neutral
4=Satisfied
5=Very SATISFIED
Text Message

Apple iPhone on AT&T Network - August 22, 2022
Moved into Lincoln at Dilworth in Charlotte, North Carolina (https://www.lincolnatdilworth.com/lincoln-at-
dilworth/floorplans)9:29:59PM EST - AKFollowUpExtension wants to make changes, Enter your password to allow this
9:47:15PM EST - System Preferences wants to make changes, Enter your password to allow this10:08PM EST - Apple ID
Sign In Requested charissem9@gmail.com, Your Apple ID is being used to sign in to an iPhone near Milton, GA.

Apple - August 22, 2022
Two-Factor
Authentication
A message with a verification code has been sent to your trusted devices. Enter the code to continue.
Apple ID Sign In Requested charissem9@gmail.com
Your Apple ID is being used to sign in to an iPhone near Milton, GA.

AT&T Cable Wireless Network Setup - August 27, 2022
New Cable Setup
MAC: 64:FF:0A:02:A2:4C

Apple - December 18, 2022
FROM: Apple.
MSG: Apple: Your account is currently under review.Please
Complete the following form and avoid restriction.
http://www.us.visit-redirect.jmqu-restarts.xwjq/ms.shop
Regards, Apple Inc.
APPLE-6G4DG91LL.

Samsung TV - March 8, 2023
Apple iPhone on AT&T Network
Bluetooth
[TV] Samsung 7 Series (50)
PLTN-RB1VO

Apple - April 13, 2023
iPhone Not Backed Up - 42m ago
It's been 2 weeks since the last backup for this iPhone (charissem9@gmail.com).
Backups happen when this iPhone is connected to power, locked, and on Wi-...

Possible Big Four Connection
Brenda Cecelia Duenas Hill held a KPMG Technology Executive call and discussed Uber without Charisse S. Moore being
able to leave the room. This is the first time that Charisse S. Moore / Charisse S. Musk is addressing this issue which is a
known conflict with KPMG, to have people in the room listening to Confidential Client calls.
(https://www.linkedin.com/in/brendaceciliahill)
    - Siran Kumar, KPMG is an Accounting Intern at KPMG, identity the relationship to Brenda Cecelia Duenas Hill, KPMG,
Sector Executive of Technology, Media and Telecom industry at KPMG. (https://www.linkedin.com/in/simran-kumar-
405b42191?original_referer=https%3A%2F%2Fwww.google.com%2F)
    - Brenda Cecelia Duenas Hill, KPMG is the reason that Siran Kumar, KPMG received Charisse S. Moore's old apartment
140 East 56th Street, Apt 4A, New York, New York 10022.

- Michael Hill is the Head of Portfolio Trading at Santander, focused on Latin America (LATAM). Michael Hill is Brenda Cecelia Duenas Hill's husband (https://www.linkedin.com/in/michael-hill-b463888)

As a former Deloitte Consulting, LLP and Ernst & Young, LLP HR Strategy & Transformation Consultant , I, Charisse S. Moore, am well aware of the Confidential nature of Client relationships.
- Deloitte Consulting, LLP - Technology, Media and Telecommunications
- Ernst & Young, LLP - Technology, Media and Telecommunications

# Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Ryanne Duffie Saucier |
| Business Name: | Fox News |
| Address: | 1211 Avenue of the Americas |
| Address (continued): | Floor 2 |
| Suite/Apt./Mail Stop: | |
| City: | New York |
| Country: | United States of America |
| State: | New York |
| Zip Code/Route: | 10002 |
| Phone Number: | 2128527000 |
| Email Address: | ryanne.saucier@gmail.com |
| Website: | https://www.linkedin.com/in/ryannedsaucier |
| IP Address: | |

| | |
|---|---|
| Name: | Daniel (Dan) Saucier |
| Business Name: | Keller Knapp Realty |
| Address: | 3335 Hidden Trail Road SE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Smyrna |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30080 |
| Phone Number: | 6016240283 |
| Email Address: | dssaucier@gmail.com |
| Website: | https://www.linkedin.com/in/dan-saucier-064a4246 |
| IP Address: | |

| | |
|---|---|
| Name: | Terry Duffie |
| Business Name: | Scenic Productions |
| Address: | 416 North Oates Street |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Dothan |
| Country: | United States of America |
| State: | Alabama |
| Zip Code/Route: | 36303 |
| Phone Number: | |
| Email Address: | kim@scenicproductions.com |
| Website: | https://www.linkedin.com/in/terry-duffie-65062035 |
| IP Address: | |

| | |
|---|---|
| Name: | Tara Roseanne Duffie, MA, DNP, PMHNP-BC |
| Business Name: | Vanderbilt University |
| Address: | University Counseling Center |
| Address (continued): | 2015 Terrace Place |
| Suite/Apt./Mail Stop: | |

IC3 Complaint Referral Form

6/2/24, 8:08 PM

City:                          Nashville
Country:                       United States of America
State:                         Tennessee
Zip Code/Route:                37203
Phone Number:
Email Address:
Website:                       https://www.vanderbilt.edu/ucc/person/2356/
IP Address:


Name:                          Ingrid Jones, Licensed Mental Health Counselor (
Business Name:                 Nova Southeastern University / Broward College
Address:                       Change to Grow
Address (continued):           5850 Coral Ridge Drive
Suite/Apt./Mail Stop:          Suite 314
City:                          New York
Country:                       United States of America
State:                         New York
Zip Code/Route:                10022
Phone Number:                  9546211206
Email Address:                 ingrid@changetogrow.com
Website:                       https://www.linkedin.com/in/ingridjoneslmhc
IP Address:


Name:                          Ashley Herd, Emory University School of Law
Business Name:                 @ManagerMethod, HR Podcast focusing on HR Tools
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:                          Atlanta
Country:                       United States of America
State:                         Georgia
Zip Code/Route:
Phone Number:
Email Address:
Website:                       linkedin.com/in/ashleyherd
IP Address:


Name:                          Fani Willis, Emory University School of Law
Business Name:                 Fulton County District Attorney
Address:                       136 Pryor St. SW
Address (continued):           Room 300
Suite/Apt./Mail Stop:
City:                          Atlanta
Country:                       United States of America
State:                         Georgia
Zip Code/Route:                30303
Phone Number:
Email Address:                 customerservice@fultoncountyga.gov
Website:                       https://www.linkedin.com/in/faniwillis
IP Address:


Name:                          Brenda Cecelia Duenas Hill
Business Name:                 KPMG
Address:                       290 Weaver Street
Address (continued):
Suite/Apt./Mail Stop:
City:                          Larchmont
Country:                       United States of America

State:                              New York
Zip Code/Route:                     10258
Phone Number:
Email Address:                      brendacd1121@gmail.com
Website:                            https://www.linkedin.com/in/brendaceciliahill
IP Address:


Name:                               Michael Hill
Business Name:                      Santander
Address:                            290 Weaver Street
Address (continued):
Suite/Apt./Mail Stop:
City:                               Larchmont
Country:                            United States of America
State:                              New York
Zip Code/Route:                     10258
Phone Number:                       6467174974
Email Address:                      Michaeljhill55@gmail.com
Website:                            https://find-and-update.company-
                                    information.service.gov.uk/officers/J9WjnjnZdcp3XUUWaI5RsrYvNW4/
                                    appo

IP Address:


## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

Seasons of Life
3 messages
Charisse Moore <charissem9@gmail.com> To: Dan Saucier <dssaucier@gmail.com>
Thu, Apr 28, 2022 at 6:04 PM
    Dan,
I got your voicemail from Sunday, April 17, 2022, as well as your and Ryanne's email from the same day.
I am confused as to why you continue to reach out, as previously stated on Thursday, February 17, 2022, some unexpected
things have popped up, I am and will continue to spend a lot of time devoted to these areas and may not be able to hang out
as much. I will reach out to you all when the time is right.
You've expressed that Elias feels hurt. I am sorry that Elias feels hurt. My intention was never to hurt Elias.
A friendship gives space for each individual to prioritize their responsibilities, goals, needs and wants. If an individual is
labeled as selfish for prioritizing their responsibilities, goals, needs and wants in a friendship, that is not a friendship – that
is a form of control.
I have been a good friend to both you and Ryanne and have always used kind words towards you both. In your voicemail,
your tone was angry, your words were not kind and you cursed at me.
I do not tolerate someone trying to control me, nor do I tolerate someone cursing at me.
Given the continued boundary crossing(s) – while I have enjoyed the times that were spent together, this friendship no
longer works for me.
Do not contact me again, by any means or in any way; this includes Ryanne as well. I wish you both well.
Charisse
Charisse Moore <charissem9@gmail.com> To: Rachel Luppino <Rmluppino@gmail.com>
Begin forwarded message:
[Quoted text hidden]
Charisse Moore <charissem9@gmail.com> To: agilgeous@yahoo.com
Thu, May 5, 2022 at 11:41 AM
    Sun, May 22, 2022 at 11:16 AM
https://mail.google.com/mail/u/0/?ik=46883b6c86&view=pt&search=a...simpl=msg-f:1732001438097915468&simpl=msg-
f:1733540001251861159 Page 1 of 2
Gmail - Seasons of Life 5/30/23, 1:27 PM
Sent from my iPhone
Begin forwarded message:
[Quoted text hidden]

6/2/24, 8:08 PM

IC3 Complaint Referral Form

Are there any other witnesses or victims to this incident?

AT&T,
- Jeremy Legg, Chief Technology Officer, https://www.linkedin.com/in/jeremylegg?
original_referer=https%3A%2F%2Fwww.google.com%2F
- Jon Summers, Chief Information Officer, https://www.linkedin.com/in/jonsummersatt

Apple
- Craig Federighi, Chief Technology Officer, https://www.apple.com/leadership/craig-federighi/
- Timothy Campos, Chief Information Officer, https://www.linkedin.com/in/timothycampos

Deloitte Consulting, LLP
- Bill Briggs, Global and US Technology Officer, https://www2.deloitte.com/ca/en/profiles/bbriggs.html
- Mark White, Global Consulting Technology CTO, https://www2.deloitte.com/se/sv/profiles/mawhite.html

Ant Financial Group
- Xingjun NI, Senior Vice President、Chairman of Technology Strategy Committee,
https://www.antgroup.com/en/about/leadership/xingjun-ni
- Zhifeng ZHOU, Senior Vice President、General Counsel, https://www.antgroup.com/en/about/leadership/zhifeng-zhou?
title=Ant%20Group%20Management%20Team&type=leader

Snap, Inc. / Snapchat
- Bobby Murphy, Chief Technology Officer, https://www.google.com/url?
sa=t&source=web&rct=j&opi=89978449&url=https://www.linkedin.com/in/bobby-murphy-558927b4&ved=2ahUKEwi83-
KK_72GAxXQEBAIHfAkDwAQFnoECDUQAQ&usg=AOvVaw3v6ZpVR2JQ9250ZI_jvTFy
- Evan Spiegel, Chief Executive Officer, https://investor.snap.com/governance/leadership-team/default.aspx

Stripe, Inc.
- Dave Singleton, Chief Technology Officer, https://www.linkedin.com/in/davidpsingleton
- Joe Camilleri, Chief Information Officer, https://www.linkedin.com/in/joe-camilleri-4392a24

Secret Intelligence Service
- MI6, newsdesk@fcdo.gov.uk
- GCHQ careers@recruitmentteam.org.uk

Fox News Corporate
- Irena Briganti, Senior Executive Vice President, Corporate Communications - FOX News Media - Irena.Briganti@fox.com
- Porter Berry, President and Editor-in-Chief of FOX News Digital - Porter.Berry@fox.com

KPMG
- Matt Bishop, Chief Technology Officer, https://kpmg.com/xx/en/home/contacts/b/matt-bishop.html

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number,
email, date reported, report number, etc.

Cobb County Police Department - February 17, 2022, April 28, 2022, May 13, 2022
Charlotte-Mecklenburg Police Department
- January 15, 2023: Contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to
possible hidden cameras located within the fire alarms in the apartment. There was a noted uptick of visitors to the Lincoln
at Dilworth apartment complex at multiple points of the days to coincide with my walks with Jax (7:30am, 12:30pm, 4:30pm,
7:30pm and sometimes 9:30pm)
- Tuesday, March 21, 2023: Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may
apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment
complex.
     - Tuesday, March 21st - Case Number 20230321155300
- Thursday, March 23, 2023: Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may
apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment
complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment
after the initial call to the Charlotte-Mecklenburg Police Department.
     - Thursday, March 23rd - Case Number 20230323101700
2023 | While a resident at 140 East 56th Street in New York, New York, I strongly believe that there were HIDDEN CAMERAS
installed in my apartment and the following activities took place:

- Thursday, July 13, 2023: Contacted the New York Police Department to perform a search of my apartment due to hidden cameras within the bathroom medicine cabinet. The hidden camera was highlighted through the use of the Hidden Camera Detector - Peek. Case Number - 311-15222434

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:   .
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Charisse Samantha
                   Moore



# CHARISSE S. MOORE
## HR TRANSFORMATION CONSULTANT

415.940-6805 

CharisseSM8@proton.me 

www.linkedin.com/in/charissemoore 

New York, NY 

## PROFESSIONAL PROFILE

Driven and passionate HR professional who leverages strategy, project management and communications experiences to design and deliver HR initiatives focused on people, process and technology. Part strategist and tactician, who applies analytical skills in the interpretation, development and management of policies and procedures to ensure HR regulatory compliance. Skilled communicator who thrives in building cross-functional relationships to ensure project transparency and synergies.

## SKILLS

HR Strategy

HR Operations

HR Compliance

HR Process Design

Payroll Strategy

Process Improvement

Project Management

Proposal Development

Change Management

Vendor Management

## TECHNOLOGY APPLICATIONS

Workday HCM

Workday Payroll

ADP GlobalView

ADP Streamline

ADP Workforce Now

ServiceNow

Microsoft Office Suite

## EXPERIENCE

### PROGRAM MANAGER
Stripe, Inc. | May 2022 – July 2023
As Payroll Program Manager, served as an internal Business Partner and cultivating strong relationships across the Finance Operations, Corporate Tax, People, Corporate Technology, Legal and Mergers & Acquisitions (M&A) teams.
*Program Management*
- Led the programmatic standup of the Payroll organization, to include strategic planning and provided guidance to internal and cross-functional stakeholders on Payroll best practices and operational enhancements
- Established Payroll Governance by identifying key process owners and stakeholders to the Payroll, Tax, Finance Operations, HR and HR Tech organizations, identifying their upstream and downstream impacts across policy, process and technology to drive key Stripe initiatives
- Leveraged Asana to build out programs, project plans and tasks, identifying key milestones to drive Payroll, HR and Finance Operations transformational efforts
- Reviewed current state payroll processes and documented current state gaps and future state process remediation opportunities, to include the US and Canadian Leave of Absence processes
- Served as Lead on key internal initiatives, such as Global HR, Payroll and Tax data privacy rules and regulations buildout, M&A wind-down operations and Workday Security enhancements across Workday US Payroll, Absence and Time (PATT)

### SENIOR CONSULTANT
Deloitte Consulting LLP | February 2015 – March 2018; April 2019 – November 2021
Deloitte Consulting LLP, Human Capital leverages research and industry insights to help design and execute critical business driven HR programs. As Senior Consultant, provide HR and Global Payroll Advisory services on a diverse scope of project engagements focused on HR and Payroll strategy, technology service delivery and operational excellence.
*Strategy*
- Partnered with client teams to design and implement HR and Payroll programs, to support business strategies focusing on operational effectiveness, technology enablement and employee experience
- Partnered with 20+ clients to analyze HR and Payroll strategy against leading practices and maturity model frameworks to identify current state, future state vision, guiding principles and roadmap initiatives aligned to business drivers
- Co-authored Global Payroll Risk Assessment, analyzing payroll / payroll tax operations, processes, data and technology complexity across 23 countries measuring business scalability and readiness
- Defined and designed Global Payroll Operating, Service Delivery and Governance Models, inclusive of vendor performance metrics – SLAs and KPIs
- Crafted Business Case comparing current operating expenditure against future state implementation, ongoing, integration and customer success (post go-live) costs
- Developed Roadmap prioritizing key initiatives, identifying cross-functional interdependencies and phased implementation timelines based on complexity of transformation



# CHARISSE S. MOORE
## HR TRANSFORMATION CONSULTANT

 415.940.6805

 CharisseSM8@proton.me

 www.linkedin.com/in/
charissemoore

 New York, NY

## EDUCATION

**MASTER of SCIENCE**
Human Resource Management
Florida International University

**BACHELOR of ARTS**
Business Management,
minor International Business
Florida International University

## AFFILIATIONS

Society of Human Resource
Management

Project Management Institute

## CERTIFICATIONS

**PROFESSIONAL IN HUMAN
RESOURCES (PHR)**
HR Certification Institute
(HRCI)

**CERTIFIED PROFESSIONAL
(SHRM – CP)**
Society of Human Resource
Management

**Workday HCM Certified**

**Workday Payroll Certified**

## EXPERIENCE (continued)

### SENIOR CONSULTANT (continued)
*Technology Service Delivery*
- Enhanced M&A Carve-out and Global Payroll organization stand-up, through accurate and timely Day 1 payroll runs across 30+ countries executed by the implementation ADP Streamline and Workforce Now
- Built Global Payroll Services Catalog conducting deep dive research and analysis of HR statutory and Payroll tax requirements across 30+ countries across APAC, EMEA, LATAM and NA regions
- Supported Workday US Payroll implementation for ~40K employees across 50 states by configuring complex payroll calculations in partnership with Compensation, Benefits, Time and Absence process owners
- Elicited requirements using interviews, document analysis, requirements workshops, business process analysis to write concise functional, technical and security requirements and use cases

*Change Management*
- Executed communications strategy and plan, to include positioning, messaging, tactics and sequencing of activities in partnership with HR, Benefits and Payroll across 30+ countries
- Designed and executed knowledge transfer communications deliverables to support change adoption across Workday Payroll, Benefits and Time for ~40K employees across US and Canada
- Partnered with Global Process Owner to develop standardized payroll policies, processes, SOPs and job aid templates to be implemented across 50+ countries

### SENIOR CONSULTANT
Ernst & Young LLP | March 2018 – January 2019
Ernst &Young LLP, People Advisory Services partners with clients to assess and design HR and Payroll technology strategies, integrating leading practices, processes and technology enablers in support of organizational transformation. As Senior Consultant, provide Workforce Management Advisory services on project engagements focused on HR and Payroll service delivery and technology strategies.

*Strategy*
- Led team of four (4) practitioners to build Global Payroll playbook to enable Payroll Transformation defining the future state Strategy, Operating & Service Delivery Model and Technology considerations supporting 70k+ employees across 40 countries
- Conducted Global Payroll, Time and Attendance policy harmonization analyzing and documenting policies and processes of 32 Payroll and 25 Time and Attendance systems
- Led Current State Assessment, to document HR, Payroll and Time & Attendance systems, policies, integrations and data governance processes against business requirements

*M&A Technology Separation Strategy*
- Led M&A due diligence of HCM and Payroll technology, across 19 countries within EMEA and NA regions, analyzing current state systems, policies, processes and future state requirements
- Evaluated current state technology costs, identifying future state consolidation of nine (9) vendor contracts with potential cost savings of $750K

### SENIOR PROJECT MANAGER
Texas Tech University | August 2012 – January 2014
Texas Tech University is a public research university focusing on STEM research and initiatives. As Senior Project Manager, collaborated with professors, department chairs and college deans to identify and submit strategic proposals aligned with the strategic direction and objectives of the University.

*Proposal Development | Project Management*
- Led the development of 10+ Federal large-scale proposals valued at $1M+ through the proposal lifecycle, by defining strategic win themes, compliance review and submission
- Led transdisciplinary team to receive $1.5M National Institutes of Health (NIH) grant, increasing College of Human Sciences funding to engage students in STEM
- Crafted external / internal communications, by researching and analyzing Federal, State and Local regulations and distilling key points as part of University messaging
- Developed detailed proposal schedules, project estimates, resource plans, and status reports; tracked key proposal milestones and adjusted project plans to align with submission timeline

March 30, 2023

Lindsey Dewhurst
Leasing & Marketing Manager
Lincoln at Dilworth
905 Kenilworth Avenue
Charlotte, NC 28204

RE: Lease Termination - Apt 479 Lincoln at Dilworth

Dear Lindsey,

This letter serves as notification that I will be vacating the Lincoln at Dilworth property located at 905 Kenilworth Avenue, Charlotte, NC 28204, Apartment 479 on Friday, March 31, 2023. This decision is not taken lightly, due to safety and security concerns it is necessary for me to terminate my lease.

As discussed, during the past two weeks, the following incidents have occurred within my apartment:

- Saturday, March 11th - Noticed green pin-dot laser light against my curtains at multiple points throughout the day
- Wednesday, March 15th - Awaken by a green pin-dot laser light on my face at 3:45 am.
- Thursday, March 16th - During a meeting, noticed red pin-dot laser light against the wall where my desk is step up 4:00 pm - 4:30 pm
- Friday, March 17th - Awaken by a bright camera flash between 3:30 am - 4:00 am
- Saturday, March 18th - Green pin-dot laser light shined on my face at 7:30 am

Note that on Wednesday, March 22nd the apartment above me from 5:30pm - 6:20pm either moved and/or constructed items that were loud and disruptive in nature.

- On Wednesday, March 22nd at 5:56pm I noticed the green pin-dot laser light against my curtains.
- On Thursday, March 23rd at 3:15am I noticed the green pin-dot laser light against my blanket near my face.

Contacted and meet with the Charlotte Mecklenburg Police Department to discuss the situation

- Tuesday, March 21st - Case Number 20230321155300
- Thursday, March 23rd - Case Number 20230323101700

Lease Termination Options were previously provided, at this time I will move forward with Option 3 - Rent Responsible until Re-Lease. Note that my original lease agreement termination date is June 30, 2023.

As I both live and work from home, safety and security are of the utmost importance for me. It is unfortunate that the circumstances noted above have occurred.

If you have any questions or concerns, feel free to contact me at the details listed below.

Best,

*Charisse S. Moore*

Charisse S. Moore
cydreis9@gmail.com
917-386-5745



**Move Out Balance Statement**

Charisse Moore

905 Kenilworth Ave Apt 479 | CHARLOTTE NC 28204

July 10, 2023

| Charges | Amount |
|---|---|
| 3/1-3/31 March 2023 Rent | $2,268.00 |
| 3/1-3/31 Valet Trash | $30.00 |
| 3/1-3/31 Pest Control | $3.00 |
| 3/1-3/31 Pet Rent | $20.00 |
| 12/25-1/25 Water, Sewer and Water Admin Fee | $19.87 |
| 1/25-2/25 Water, Sewer and Water Admin Fee | $19.28 |
| 2/26-3/31 Water, Sewer and Water Admin Fee | $22.53 |
| April Rent | $2,268.00 |
| May Rent | $2,268.00 |
| 6/1-6/29 Rent | $2,192.40 |
| **Total Charges** | **$9,111.08** |

| Credits | Amount |
|---|---|
| Security Deposit | -$300.00 |
| 3/2 Payment | -$2,340.87 |
| 4/2 Payment | -$2,340.28 |
| **Total Credits** | **-$4,981.15** |

| **Total Due** | **$4,129.93** |
|---|---|

**Schedule of Payments:**

Payment is due in full by **Thursday, August 10, 2023**

**Terms of Payment:**

Payment is due in full on or before the scheduled date. Payments must be made in certified funds. Legal action will be immediately taken for the collection of the unpaid debt described above if payment is not made in full on the scheduled date Nonpayment of the above debt will negatively affect your rental and credit history.

This document was prepared by:

Kristen Hooper, Resident Manager

7/10/23

Date

CC: USPS, Email, Resident File

Per North Carolina Debt Collection Law, we are required to state the following:

**THIS IS AN ATTEMPT TO COLLECT A DEBT**

2/21/24, 6:31 AM

# Re: Transfer Request to NYC area - Follow Up

From  agiagodi@stripe.com <agiagodi@stripe.com>

To  dauckland@stripe.com, CharisseSM8@proton.me<charissesm8@proton.me>

CC  leastern@stripe.com, jackieo@stripe.com

Date  Saturday, June 3rd, 2023 at 2:26 PM

Hi Charisse,

you are welcome!! and yes, thanks all.

Regards,
Alessandro

On Sat, 3 Jun 2023 at 18:47, Dave Auckland <dauckland@stripe.com> wrote:
> I'm glad this worked out and thanks for everyone's patience while we worked through the process. Enjoy
> the weekend everyone!

> On Sat, Jun 3, 2023 at 7:37 AM <CharisseSM8@proton.me> wrote:
> Hi Lea,

> Thank you for continuing to partner with Dave and Alessandro on my request to transfer to the New York
> City area. I sincerely appreciate Dave and Alessandro's approval of this transfer request. Additionally, I
> sincerely appreciate the support of you and Jackie during this overall process, including the leave of
> absence.

> Thank you for your note regarding the medical claim leave of absence documentation for the Larkin
> Company. As of Friday afternoon, I have submitted the required documentation to the Leave
> Administrator Casandra Holt. Casandra has noted that the leave documentation is under review and she
> will provide an update on Monday, June 5th.

> Please let me know if you have any questions and/or if additional information is needed.

> Thank you again for your support!

> Have that you have a nice weekend.

2/21/24, 6:31 AM

Best,

Charisse S. Moore

On Fri, Jun 2, 2023 at 4:29 PM, Lea Stern <~~leastern@stripe.com~~> wrote:
Hi Charisse,

Thanks for your patience as I connected with your management. After additional consideration and some discussion about this request, I wanted to let you know that Dave and Alessandro are happy to approve your transfer to the NYC area. We hope this will provide you with the additional support you mentioned is necessary in your initial note. This request will still need to go through the standard internal mobility process, as Jackie mentioned initially to you. Alessandro (cc'd here) will submit the manager form on go/geotransfer once he is back in office next week. Jess Bravo, our Head of Internal Mobility, will be in touch with you on subsequent details and the necessary information she needs from you to complete your move request.

Separately, I understand from the benefits team that your claim for a medical leave of absence is still pending and has not yet been approved. Larkin has attempted to contact you over the last few weeks to request additional information from you to process your claim, and has not heard back from you. Our Benefits team has asked Larkin to grant you a second extension of Monday, June 5th. However, we are unable to grant you an additional extension past that date, so please ensure you respond back to them by Monday with the information they are requesting, so we can ensure the time out you've taken thus far is approved.

Please let me know if you have any questions or would like to chat further regarding your leave of absence claim or mobility request.

Best,
Lea
--

 **Lea Stern**
People Partner
leastern@stripe.com

--

2/21/24,



**Dave Auckland**

Finance Operations | dauckland@stripe.com

# stripe

**MEDICAL LEAVE CERTIFICATION FORM**
For **Employee's** Own Health Condition
(As required under FMLA, state leave law(s), and/or Company policy)

| To Be Completed by EMPLOYEE |
|---|

Employee Name ___Charisse S. Monk___    Employee ID# ___111343___

Requested Leave Start Date  05 | 08 | 23    Expected Return to Work Date  06 | 05 | 23
MO DAY YR    MO DAY YR

Signature ___Charisse Monk___    Date ___May 22, 2023___

| To Be Completed by HEALTH CARE PROVIDER *(Mark below as applicable)* |
|---|

Your patient is requesting leave under the Family and Medical Leave Act (FMLA), state leave law(s), and/or Company leave policy and we require your responses to the questions below. Please be as specific as you can. Terms such as "lifetime," "unknown," or "indefinite" may not be sufficient to determine coverage under these programs. Please provide your best estimate based on your medical knowledge, experience, and examination of your patient, and limit your responses to the condition and period for which your patient is seeking leave.

To ensure compliance with Genetic Information Nondiscrimination Act (GINA), we ask that you not provide any genetic information when responding to this request. GINA defines genetic information as including an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive service.

1. **Relevant Medical Facts** – Please provide a statement or description of the medical facts that support your patient's need for leave (e.g., symptoms, diagnosis, etc.).

   Generalized Anxiety Disorder. Lack of support system

2. **Hospitalization** – Was your patient (or will your patient be) admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

   ☐ Yes  ☒ No

   If yes, list date of admission:  | |
   MO DAY YR

   Date patient was discharged:  | |
   MO DAY YR

3. **Incapacity** – Was your patient (or will your patient be) incapacitated for a single, *continuous period* due to the medical condition?

   ☒ Yes  ☐ No

   If yes, list date incapacity *began*:  04 | 28 | 23
   MO DAY YR

   Expected date incapacity *will no longer exist*:  06 | 02 | 23
   MO DAY YR

   **Treatment** – Please list date(s) you treated the patient in-person for this condition:

   In person April 28/23. May 4th/23. Remote: May 22nd/23. June 2nd/23

   **Continuing Treatment** – Does your patient require a regimen of continuing treatment?

   ☐ Yes  ☒ No

   If yes, please specify the nature of the continuing treatment (check all that apply):

   ☐ In person visit  ☐ Prescribed medication  ☐ Referral to other provider for treatment or therapy

4. **Chronic Condition** – Does your patient have a chronic condition (e.g., asthma, diabetes, epilepsy) that (i) will continue over an extended period, and (ii) may cause episodic rather than a continuing period of incapacity?   ☐ Yes  ☒ No

   If yes, will the patient require treatment from you or by a nurse under your direct supervision at least twice per year?   ☐ Yes  ☐ No

condition for which treatment may not be effective (e.g., Alzheimer's, a severe stroke, or the terminal stages of a disease)?   ☐ Yes  ☒ No

Approximate date condition began: _____ | _____ | _____
MO    DAY    YR

If yes, will you continue to supervise this patient's condition even if active treatment is not required?   ☐ Yes  ☐ No

---

**6. Condition Requiring Multiple Treatments** – Will this patient have period(s) of absence while receiving multiple treatments—e.g., chemotherapy, radiation, physical therapy, dialysis, etc.—from you or from a health care services provider acting under your orders?   ☐ Yes  ☒ No

---

**7. Intermittent Absence – Flare-Ups**

Is it medically necessary for your patient to be off work on an intermittent basis due to *episodic flare-ups*?

☐ Yes  ☒ No

If yes, how long is intermittent leave required?

_____ | _____ | _____ through _____ | _____ | _____
MO    DAY    YR                    MO    DAY    YR

What is your estimate of the anticipated frequency and the duration of incapacity due to episodic flare-ups (e.g., 1 time per 3 months lasting 1-2 days)?

Frequency: _____ times per _____ ☐week(s) *or* ☐month(s)
            (number)        (number)    (check *one*)

Duration: _____ ☐hour(s) *or* ☐day(s) per episode
          (number)     (check *one*)

---

**8. Intermittent Absence – Treatments**

Is it medically necessary for your patient to be off work on an intermittent basis to attend *follow-up treatment appointments*?

☐ Yes  ☒ No

If yes, how long is treatment required?

_____ | _____ | _____ through _____ | _____ | _____
MO    DAY    YR                    MO    DAY    YR

If treatments are *unscheduled*, what is your estimate of the anticipated frequency and the duration of treatment (e.g., 2 times per 1 week lasting 3-4 hours)?

Frequency: _____ times per _____ ☐week(s) *or* ☐month(s)
            (number)        (number)    (check *one*)

Duration: _____ ☐hour(s) *or* ☐day(s) per appointment
          (number)     (check *one*)

If, instead, treatments are *scheduled*, please provide the treatment schedule, including *dates* of appointments and *time required* for each appointment:

_____

_____

---

**9. Part-Time/Reduced Schedule Absence**

Is it medically necessary for your patient to be off work on a reduced schedule basis?

☐ Yes  ☒ No

If yes, how long is a reduced work schedule required?

_____ | _____ | _____ through _____ | _____ | _____
MO    DAY    YR                    MO    DAY    YR

Employee can work:

_____ hour(s) per day; _____ days per week
(number)                   (number)

---

**10. Comments**

Chamise is committed to her wellbeing and has taken the necessary steps to deal with the issue at hand & will continue to do so via relocation strategy (moving to NY, creating support network)

NGRID JONES  Mental Health Counselor     *[signature]* Ingrid Jones, LMHC
Printed Name and Degree of Health Care Provider  Specialty        Signature of Health Care Provider

5850 Coral Ridge Dr. Suite 314            954.214.7986
Printed Street Address                     Telephone Number        Fax Number

Coral Springs FL 33076                     06.02.23
Printed City, State, ZIP                   Date


**Lincoln**
Financial Group®

**Behavioral Health Disability Claim Form**
**Treating Provider Statement**
The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

**This form is for an initial claim under:**  ☒ Short Term Disability   ( ) Long Term Disability   ( ) Life Waiver

Full Name of Patient: _Charissa S. Moore_

Date of Birth: _05/04/1979_                    Claim Number: _14245164_

## TREATING PROVIDER PLEASE COMPLETE THE FOLLOWING:

1.  Dates of treatment related to this episode: _April 20, 2023_ to _June 2, 2023_

2.  Date of next scheduled office visit: _June 7, 2023 (Complete leave paper work)_

3.  Visit Type:  ☒ Telemedicine with video   ( ) Telemedicine without video   ( ) In-Person   ( ) Combination

4.  Initial Date symptoms/accident occurred: _April 2023_

5.  Precipitants leading to your patient's self-reported condition:
    _Suspected stalking_

6.  Patient's self-reported symptoms:
    _Safety concerns at apartment triggering elevated anxiety concerns_

7.  Observed examination findings and test results (include MSE/Observation during office visit):
    _Client was focused on her framework – Awareness, Acceptance and Plan (develop a plan to move forward)_
    _She was initially agitated but relaxed through talk therapy_

8.  Primary Psychiatric Diagnosis (include ICD-10 code):
    _F41.1 - Generalized Anxiety Disorder_

    Secondary Psychiatric Diagnosis (include ICD-10 code):
    _N/A_

9.  Date behavioral health restrictions became clinically indicated: _April 20, 2023_

10. Has patient ever had same or similar condition?   ( ) Yes  ☒ No

    If yes, indicate when and describe:
    _N/A_

11. Is the condition due to injury of sickness arising out of patient's employment?  ( ) Yes  ☒ No

12. If yes, is or will the patient be able to perform work related activities for another manager, department, location, or employer?
    _N/A_

13. What are your patient's functional impairments? (e.g. What activities have been affected by his/her psychiatric condition and what are the associated deficits/inabilities?) _____

14. What behavioral health restrictions are you recommending for your patient? (e.g. pertaining to daily and work activities, such as social functioning, concentration, persistence, pace, adaptation, information processing, etc.)

15. Dates for behavioral health restrictions: Start: _April 20, 2023_

    Follow-up date to re-evaluate ongoing need for restrictions: _June 2, 2023_

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC12330NY

Page 1 of 4
5/22

16. Treatment Plan:
    a.  Medications, date initiated, dosage/frequency, and changes:
        _____ N|A _____

    b.  Cognitive behavior therapy:
        _____

    c.  Other:
        _____ Relocation strategy - month area where Chance will have the support of friends and family _____

17. List referrals made to specialist(s) or other level of care (include name and number of provider(s) referred to):
    _____ N|A _____

18. Has your patient been hospitalized?    ( ) Yes    (X) No
    If yes, for what reason/diagnosis? _____ N|A _____

19. If yes, provide dates of inpatient admission/discharge: _____ N|A _____ to _____ N|A _____

20. Is there a plan for step down to lower level of care?    ( ) Yes    (X) No
    If yes, when will the patient be stepped down? _____ N|A _____
    ( ) Inpatient Residential Treatment Center (RTC)    ( ) Partial Hospital Program (PHP)
    ( ) Intensive Outpatient Program (IOP)    ( ) Outpatient Services

21. Based on your observation, what is the patient's ability to focus during office visits, follow conversation, attend to tasks, concentrate, remember instructions, require redirection and maintain composure:



22. Are there any modifications that could assist your patient to return to their usual activities, including work?
    N|A

    Please specify the plan to improve functional abilities and reduce behavioral restrictions. Include time frame and expected dura
    N|A

23. When do you anticipate the patient will sufficiently recover, and have the ability to return to work (part time or full time)? If part time, please specify the recommended part time return to work plan and duration.
    Chance is able to return to work as of Monday, June 5, 2023.

24. Printed Name of Provider, Credentials (e.g. MD, PhD) completing this form: _____
    If not an MD/PhD or equivalent, name of supervising provider (if applicable): _____
    Phone Number: _____    Fax Number: _____
    Address: _____
    Email Address: _____


**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

_____ Ingrid Dorosi, MHC _____    _____
Signature of Provider, Credentials and Specialty (No Stamps Please)         Date