UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Charissa Samantha Moore_
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

\_\_\_\_\_ CV \_\_\_\_\_ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

_KPMG_

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed _in forma pauperis_ (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. _Are you incarcerated?_    ☐ Yes    ☒ No    (If "No," go to Question 2.)

    I am being held at: _0_

    Do you receive any payment from this institution?    ☐ Yes    ☒ No

    Monthly amount: _0_

    If I am a prisoner, see 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. See 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?    ☐ Yes    ☒ No

    If "yes," my employer's name and address are:

    Gross monthly pay or wages: _0_

    If "no," what was your last date of employment? _July 11, 2023_

    Gross monthly wages at the time: _$8,000_

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment    ☐ Yes    ☒ No
    (b) Rent payments, interest, or dividends    ☐ Yes    ☒ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability or worker's compensation payments ☐ Yes ☒ No
(e) Gifts ~~or inheritances~~ ☒ Yes ☐ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☒ No
(g) Any other sources ☒ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

2024 Stripe, Inc. 1099 OHH
+ 3000 from my mom Leslie Anne Haffenden-Moore

If you answered "No" to all of the questions above, explain how you are paying your expenses:


4. How much money do you have in cash or in a checking, savings, or inmate account?

$100 in cash; less than $100 in checking

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

Jewelry - Tiffany's & David Yurman; Louis Vuitton bag Coffin estimated value $5,000

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

I do not have housing at this time.

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

N/A

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

More than $100,000 due to unauthorized Non Consented Medical Experiment.

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

July 15, 2024                                 Charise Sam
Dated                                         Signature

Moore, Charise, Samantha
Name (Last, First, MI)                        Prison Identification # (if incarcerated)

I do not have a home at this time.
Address                        City           State        Zip Code

917-244-8153                                  CharliseSamantha@proton.me
Telephone Number                              E-mail Address (if available)


IFP Application, page 2