```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**CHARISSE S. MOORE,**

              Plaintiff,

   - against -

**KPMG, ET AL.,**

              Defendants.

------------------------------------------------

**24-cv-5741 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to respond to the Motion to Dismiss, ECF No. 6, by **September 20, 2024.** The defendants may reply by **October 4, 2024.**

**SO ORDERED.**

**Dated:**    New York, New York
           August 30, 2024

                                         /s/ John G. Koeltl
                                              John G. Koeltl
                                    United States District Judge