**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARISSE S. MOORE,

                        Plaintiff,                      24 **CIVIL** 5471 (JPO)

      -v-                                    **<u>JUDGMENT</u>**

KPMG, et al.,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 30, 2024, KPMG's motion to dismiss is hereby GRANTED, and Plaintiff's complaint is hereby dismissed with prejudice in its entirety pursuant to Rule 8(a) and is deemed frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Court warns Plaintiff that, should she file future actions in this court that are frivolous or duplicative, the Court may enter an order barring her from filing new actions in forma pauperis, unless she receives permission from the Court. See 28 U.S.C. § 1651. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:** New York, New York

      October 30, 2024

                                          **DANIEL ORTIZ**
                                    **Acting Clerk of Court**

**BY:** _____
                                       **Deputy Clerk**